CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/19/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

KIRA FERGUSON, individually
and as Executrix of the ESTATE OF WILLIAM
S. FERGUSON, DECEASED, and SHANNON
FERGUSON, in her own right,

    Plaintiffs,

v.

SUSAN DOONAN BIELSKI,

    Defendant,

Civil Action No. 1:23CV00032

# DEFENDANT SUSAN DOONAN BIELSKI'S
# NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Susan Doonan Bielski ("Bielski"), by counsel and pursuant to 28 U.S.C. § 1446, hereby removes the above-captioned action from the Circuit Court for the County of Wythe, Virginia to the United States District Court for the Western District of Virginia. Bielski provides the following short and plain statement of the grounds for removal:

## BACKGROUND

1. On August 18, 2023, Plaintiffs Kira Ferguson and Shannon Ferguson ("Plaintiffs") filed a complaint captioned *Kira Ferguson, individually and as Executrix of the Estate of William S. Ferguson, Deceased, and Shannon Ferguson, in her own right, v. Susan Doonan Bielski* in the Circuit Court for the County of Wythe, Virginia, Case No. CL23001094-00 ("the Virginia Case"), against Susan Doonan Bielski ("Bielski"), a true copy of which is attached as **Exhibit A** ("the Complaint").

2. On August 21, 2023, Kira Ferguson filed a "Motion of Extension of Time to Submit Estate Accounting To The Commissioner and For Hearing On Motion to Dismiss" in a parallel action between the parties captioned *Susan Doonan Bielski & Sanda B. Doonan v. Kira Ferguson, Executrix for the Estate of William Sandrel Ferguson* in the Circuit Court for the County of Wythe, Virginia, Case No. CWF21-240-00, a true copy of that motion is attached as **Exhibit B.**

3. That motion attached the Complaint as an exhibit.

4. Bielski received that motion – and therefore the Complaint – on August 21, 2023.

5. Bielski is a citizen of New Hampshire. Compl. ¶ 4.

6. Plaintiff Kira Ferguson is a citizen of Virginia. Compl. ¶ 7.

7. Plaintiff Shannon Ferguson is a citizen of Pennsylvania. Compl. ¶ 2.

## I.  JURISDICTION

8. Removal of this action is proper under 28 U.S.C. §§1332, 1446 because there is complete diversity of the parties, the amount in controversy exceeds $75,000, and removal is timely.

9. There is complete diversity of the parties because Defendant is a citizen of New Hampshire and Plaintiffs are citizens of Virginia and Pennsylvania. 28 U.S.C. § 1446(c); 28 U.S. Code § 1332(a)(1). No Plaintiff is a citizen of New Hampshire and therefore there is complete diversity.

10. The amount in controversy exceeds $75,000 because Plaintiff's *ad damnum* is $1,500,000. 28 U.S.C. § 1446(c)(2).

11. Removal is timely. Pursuant to 28 U.S.C. § 1446, the notice of removal must be filed within 30 days of receipt of the Complaint "through service or otherwise." 28 U.S.C. § 1446(b)(1).

12. Here, Bielski received the Complaint on August 21, 2023. Because she was in "receipt" of the Complaint, which had been attached as an exhibit to a pleading served in another matter,

Bielski had 30 days from August 21, 2023 – or September 20, 2023 – to remove the action. 28 U.S.C. § 1446(b)(1).[1]

13. Her removal is therefore timely and this case is removable pursuant to 28 U.S.C. § 1446.

14. Consistent with the short and plain statement of the law and facts set forth above, this federal district court has jurisdiction because there is complete diversity of the parties and the amount in controversy exceeds the jurisdictional minimum. Thus, subject matter jurisdiction is established.

15. This specific federal district court has personal jurisdiction over Plaintiffs because they have availed themselves of this jurisdiction by bringing suit in the Circuit Court for the County of Wythe. Thus, upon removal, the Western District of Virginia, Abingdon Division, is the appropriate venue for this matter to be heard.

## II. PROCEDURAL COMPLIANCE

16. Written notice of the filing of this Notice of Removal is being given promptly to Plaintiff by service hereof, and a copy of the Notice of Removal is being filed promptly with the Virginia Circuit Court for the County of Wythe, as required by 28 U.S.C. § 1446(d). A copy of the notice provided to the state court is attached as **Exhibit C** (without exhibits).

17. As required by 28 U.S.C. § 1446(a), a true and correct copy of the only process and pleading filed in the Virginia Case – the Complaint – is being filed with this Notice of Removal as **Exhibit A.**

---

[1] Because Bielski received the motion by facsimile, Bielski's time for responding was increased by 3 days. See Fed. R. Civ. P. 6(d) ("3 days are added after the period would otherwise expire").

18. A court cannot remand a properly removed case for discretionary or policy reasons, such as allegedly related state court cases or a contention that judicial economy compels remand. 28 U.S.C. § 1447(c); *Thermitron Prods., Inc. v. Hermansdorfer*, 423 U.S. 336 (1976).

19. Should Plaintiffs move to remand this case, Bielski respectfully requests an opportunity to respond more fully in writing, including submission of additional affidavits and authority.

20. Bielski reserves all of her defenses.

**SUSAN DOONAN BIELSKI**

By: *SR Pollock*

Kathleen McCauley, Esquire (VSB # 39028)
Stewart R. Pollock, Esquire (VSB # 92466)
MORAN REEVES & CONN PC
1211 E. Cary Street
Richmond, Virginia 23219
Telephone: (804) 421-6250
Facsimile: (804) 421-6251
kmccauley@moranreevesconn.com
spollock@moranreevesconn.com
*Counsel for Susan Doonan Bielski*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2023 a true and accurate copy of the foregoing *Notice of Filing Notice of Removal* was filed electronically on the Western District of Virginia Document Filing System (CM/ECF), served by electronic mail (PDF attachment) and by U.S. mail, postage prepaid, to counsel for plaintiff and served upon all other counsel of record via electronic mail (PDF attachment) as follows:

Flux J. Neo, Esquire (VSB # 78873)
Flux J. New Law Firm, PLLC
P.O. Box 188
Tazewell, Virginia 24651
Telephone: (276) 988-7996
Facsimile: (276) 644-2622
Office@NewLaw1.com
*Counsel for Plaintiff*

Gerard K. Schrom, Esquire (VSB # 39282)
Schrom and Schaffer, P.C.
4 West Front Street
Media, Pennsylvania
Telephone: (610) 565-5050
Facsimile: (610) 565-2980
gschrom@schromandshaffer.com
*Pro Hac Vice Counsel*

**SUSAN DOONAN BIELSKI**

By: *SR Pollock*

Kathleen McCauley, Esquire (VSB # 39028)
Stewart R. Pollock, Esquire (VSB # 92466)
MORAN REEVES & CONN PC
1211 E. Cary Street
Richmond, Virginia 23219
Telephone: (804) 864-4832
Facsimile: (804) 421-6251
kmccauley@moranreevesconn.com
spollock@moranreevesconn.com
*Counsel for Susan Doonan Bielski*