# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### (Abingdon Division)

| | |
|---|---|
| KIRA FERGUSON, individually ) <br> and as Executrix of the ESTATE OF ) <br> WILLIAM S. FERGUSON, DECEASED, ) <br> and SHANNON FERGUSON, ) <br> in her own right, ) <br>   ) <br>            Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br>   ) <br> SUSAN DOONAN BIELSKI ) <br>   ) <br>            Defendant. ) | Case No. 1:23-cv-00032 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:  Please enter my appearance as counsel in this case for **Susan Doonan Bielski**. I certify that I am admitted to practice in this Court.

Date:  September 21, 2023

**Respectfully submitted,**

**SUSAN DOONAN BIELSKI**

/s/ Stewart R. Pollock
Stewart R. Pollock (VSB No. 92466)
MORAN REEVES & CONN PC
1211 E. Cary Street
Richmond, Virginia 23219
Telephone:  (804) 421-6250
Facsimile:  (804) 421-6251
spollock@moranreevesconn.com
*Counsel for Susan Doonan Bielski*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2023, I electronically filed the foregoing pleading using the CM/ECF System, which will send notifications of the filing to all counsel of record.

/s/ Stewart R. Pollock
Stewart R. Pollock (VSB No. 92466)
MORAN REEVES & CONN PC
1211 E. Cary Street
Richmond, Virginia 23219
Telephone: (804) 421-6250
Facsimile: (804) 421-6251
spollock@moranreevesconn.com
*Counsel for Susan Doonan Bielski*