IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Abingdon Division)

| | | |
|---|---|---|
| KIRA FERGUSON, individually<br>and as Executrix of the ESTATE OF<br>WILLIAM S. FERGUSON, DECEASED,<br>and SHANNON FERGUSON,<br>in her own right, | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiff, | ) | Case No. 1:23-cv-00032 |
| v. | )<br>)<br>)<br>) | |
| SUSAN DOONAN BIELSKI | )<br>) | |
| Defendant. | ) | |

# NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record: Please enter my appearance as counsel in this case for **Susan Doonan Bielski**. I certify that I am admitted to practice in this Court.

Date: September 21, 2023

**Respectfully submitted,**

**SUSAN DOONAN BIELSKI**

/s/ Kathleen McCauley (VSB # 39028)
Kathleen McCauley (VSB No. 39028)
MORAN REEVES & CONN PC
1211 E. Cary Street
Richmond, Virginia 23219
Telephone: (804) 864-4807
Facsimile: (804) 421-6251
kmccauley@moranreevesconn.com
*Counsel for Susan Doonan Bielski*

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2023, I electronically filed the foregoing pleading using the CM/ECF System, which will send notifications of the filing to all counsel of record.

/s/ Kathleen McCauley (VSB # 39028)
Kathleen McCauley (VSB No. 39028)
MORAN REEVES & CONN PC
1211 E. Cary Street
Richmond, Virginia 23219
Telephone: (804) 864-4807
Facsimile: (804) 421-6251
kmccauley@moranreevesconn.com
*Counsel for Susan Doonan Bielski*