# LAST WILL AND TESTAMENT
## OF
## WILLIAM S. FERGUSON

21-240
#1

I, William S. Ferguson, of the County of Wythe, Virginia, being of sound and disposing mind and memory, do hereby make publish and declare this to be my Last Will and Testament, hereby revoking any and all wills and codicils heretofore made by me at any time.

## ARTICLE ONE
### Payment of Debts
### Designation of Survivors

I direct that my funeral expenses and all my just debts be paid as soon as possible after my death.

No person named in this Last Will and Testament will be considered to have survived me unless they are alive fifteen (15) days after the date of my death.

## ARTICLE TWO
### Specific Bequests

I may leave a handwritten list of items which will also name the person(s) I intend for said property to go to. If said list is found with my Will then I do hereby give, devise, and bequeath those items to the person(s) named therein.

## ARTICLE THREE
### Residuary Estate

The residuary of my estate will consist of any personal property belonging to me, any real estate titled in my name, and any assets of the Marie Sandrel L.L.C., of which I am the surviving member, and in which name is held most of the real estate that belongs to me. Since it appears that there would be no equitable way to divide such property

amongst my heirs, I direct my Executor to sell said property at a fair market value, which may include public auction of some or all of the property, and divide it as set out in paragraph two (2) of this residuary clause.

I hereby give, devise, and bequeath all the rest, residue, and remainder of my estate, both real and personal, and wheresoever situated, to the following persons in the following percentages:

    A. To Sandy Doonan whom resided in Portland, Oregon at the time this Will is made; thirty percent (30%).

    B. To Susan Doonan whom resided in Blackwell, New Hampshire at the time this Will made; thirty percent (30%).

    C. To my daughter, Shannon Ferguson whom lived in Philadelphia, Pennsylvania at the time this Will was made; twenty percent (20%).

    D. To my daughter, Kira Ferguson whom lived part time in Wythe County, Virginia and part time in Philadelphia, Pennsylvania at the time this Will was made; twenty percent (20%).

## ARTICLE FOUR
### Appointment of Executors and Trustees
### Powers and Duties

I do hereby nominate, constitute, and appoint Sandy Doonan, as my Executrix of this, my Last Will and Testament.  In the event she fails to serve or fails to act in her duties then, I hereby nominate, constitute, and appoint Kira Ferguson, to serve as my Executrix.  I direct that no surety or security be required of them on their bond as such. My fiduciary shall receive for his or her services reasonable compensation therefore.

2

In administrating my estate, my fiduciary is hereby granted all of the powers of fiduciaries as set forth in § 64.2-100, et seq. of the Code of Virginia, in effect as of the date hereof, and any subsequent amendments thereto, and all of said powers as enumerated therein are hereby incorporated and made a part of this will, it being my intention to confer upon my fiduciaries the broadest and amplest powers, the foregoing powers being by way of illustration and not by way of limitation.

This Will is signed by me this _24_ day of _FEB_, 2021, at Wytheville, Virginia.

_____ (SEAL)
WILLIAM S. FERGUSON

We, the undersigned, do hereby certify that William S. Ferguson, the above-named Testator, on the day and year written above, signed the foregoing instrument consisting of five (5) typewritten pages, including the attestation clause and the signature of the witnesses, in our presence, and published and declared the same to be his Last Will and Testament, and we, at the same time, at his request, and in the presence of each other, have hereunto set our hands as subscribing witnesses, and we further certify that at such time he was of sound and disposing mind and memory, and that he was over the age of eighteen (18) years.

_____
Witness

_____
Witness

3

STATE OF VIRGINIA
COUNTY OF WYTHE,

Before me, the undersigned authority, on this day personally appeared William S.

Ferguson, *Karen M. Welter* and *Randy Jones*, known to me to be

the testator and the witnesses, respectively, whose names are signed to the attached or

foregoing instrument and, all of these persons being by me first duly sworn, William S.

Ferguson, the testator, declared to me, and to the witnesses in my presence that said

instrument is his last will and testament and that he had willingly signed or directed

another to sign the same for his, and executed it in the presence of said witnesses stated

as his free and voluntary act for the purposes therein expressed; that said witnesses stated

before me that the foregoing will was executed and acknowledged by the testator as his

last will and testament in the presence of said witnesses who, in his presence and at his

request, and in the presence of each other, did subscribe their names thereto as attesting

witnesses on the day of the date of said will, and that the testator, at the time of the

execution of said will, was over the age of eighteen (18) years and of sound and

disposing mind and memory.

_[signature]_
WILLIAM S. FERGUSON

_[signature]_
Witness

_[signature]_
Witness

Subscribed, sworn and acknowledged before me by William S. Ferguson, the

testator, subscribed and sworn before me by _Karen M. Welter_ and

_Randy Jones_, witnesses, this **24** day of _February_, 2021.

My commission expires: _May 31, 2022_
Notary registration number: _321291_

_[notary seal: DEBORAH F. GRAVLEY NOTARY PUBLIC REG. #321291 MY COMMISSION EXPIRES MAY 31, 2022 COMMONWEALTH OF VIRGINIA]_

_[signature]_ Deborah F. Gravley
Notary Public

THIS DOCUMENT PREPARED BY:

Randy Jones, Esq.
350 South 4th Street
Suite C
Wytheville, VA  24382

5

#2

VIRGINIA:  IN THE CIRCUIT COURT OF WYTHE COUNTY

COURT FILE NO. 210000240

IN RE: WILLIAM SANDREL FERGUSON , Deceased

PROBATE OF WILL AND
QUALIFICATION OF EXECUTOR

A paper writing purporting to be the last will and testament of William Sandrel Ferguson, deceased, was this day presented to the Clerk by Kira Ferguson , a beneficiary or the executor, and offered for probate.

It appearing that the decedent resided at 225 South Sandrel Lane Wytheville VA 24382 US, in County of Wythe, Virginia, within the jurisdiction of this Court, and died on October 14, 2021; and the paper writing dated February 24, 2021, consisting of five (5) typewritten pages, having been executed and witnessed as provided by Sec. 64.2-452 or 64.2-453, Code of Virginia, it is ESTABLISHED and ADJUDGED to be the true last will and testament of William Sandrel Ferguson, deceased, and is ORDERED to be recorded as such.

Thereupon Kira Ferguson asked permission to qualify as Executor and such permission was GRANTED.  Kira Ferguson then appeared, made oath as the law directs, and entered into and acknowledged before the Clerk a bond in the penalty of $3,068,108.00, without surety, the will requesting that none be required.  This bond, being payable and conditioned according to law, is ORDERED to be recorded.

Certificate is GRANTED the Executor for obtaining a probate of the will of William Sandrel Ferguson, deceased, in due form.

The statement of responsibilities required by Sec. 64.2-507, Code of Virginia, and the written notice of probate and the affidavit referred to in Sec. 64.2-508, Code of Virginia, were given to the Executor.

_Jeremiah Mann_ , Clerk

November 8, 2021

#3

**LIST OF HEIRS**                                                    Court File No.: __210000240__
COMMONWEALTH OF VIRGINIA    VA. CODE § 64.2-509

Wythe County Circuit Court

__William Sandrel Ferguson__                          __October 14, 2021__
    NAME OF DECEDENT                                     DATE OF DEATH

I/We, the undersigned, hereby state under oath that the following are all of the heirs of the Decedent:

| NAMES OF HEIRS | ADDRESSES | RELATIONSHIP | AGE |
|---|---|---|---|
| Shannon  Ferguson | 9537 Banes St Philadelphia,PA 19115 US | Daughter | Adult |
| Kira  Ferguson | 225 Sandrel Lane Wytheville,VA 24382 US | Daughter | Adult |

[ ] This LIST OF HEIRS is filed in addition to the LIST OF HEIRS previously filed with this Court on ......................................
                                                                                                              DATE

I/we am/are (please check one):

[ ] Proponent(s) of the will (no qualification)

[X] Personal representative(s) of the decedent's estate

[ ] Heir-at-law of intestate decedent (no qualification within 30 days following death)

Given under my/our hand this **eighth** day of **November, 2021**
                                              DATE

__Kira  Ferguson__                                  _____
    PRINTED NAME OF SUBSCRIBER                        SIGNATURE OF SUBSCRIBER

_____                          _____
    PRINTED NAME OF SUBSCRIBER                        SIGNATURE OF SUBSCRIBER

_____                          _____
    PRINTED NAME OF SUBSCRIBER                        SIGNATURE OF SUBSCRIBER

State of Virginia                    City/County of **Wythe County,**    to-wit:

Subscribed and sworn to before me this **eighth** day of **November, 2021** by **Kira  Ferguson**

                                    [X] CLERK  [ ] DEPUTY CLERK  [ ] NOTARY PUBLIC

                                    My commission expires ...........................................

                                    Registration No.    ...........................................

VIRGINIA:  In the Clerk's Office of the **Wythe County** Circuit Court this **eighth** day of **November, 2021**
the foregoing LIST OF HEIRS was filed and admitted to record.

                            Teste:  __JEREMIAH E MUSSER__
                                            CLERK

                            by: _____ , Deputy Clerk

FORM CC-1611 MASTER 10/12

**FIDUCIARY'S BOND**

Court File No.: 210000240

#4

Book 38

Page 215

KNOW ALL MEN BY THESE PRESENTS, that
**KIRA  FERGUSON**

the "OBLIGOR(S)", is(are) held and firmly bound to the **COMMONWEALTH OF VIRGINIA**,
in the sum of Three Million Sixty-Eight Thousand One Hundred Eight  Dollars and 00 Cents, to
the payment whereof I(we) bind myself(ourselves), our heirs, personal representatives, successors
and assigns, jointly and severally, by these presents, hereby waiving the benefit of any homestead
exemptions as to this obligation.

This debt is  [X] UNSECURED [ ]  SECURED BY :

[ ] CASH  [ ] PROPERTY  [ ] CORPORATE SURETY  [ ] OTHER:

The Conditions of this BOND are:

**KIRA  FERGUSON** , the Obligor(s) was this day qualified as

[ ] Administrator  [ ] Administrator, c.t.a.  [X] Executor  [ ] Curator  [ ] Other:

of the Estate of **WILLIAM SANDREL FERGUSON** , deceased,
this **eighth** day of **November, 2021.**

The Obligor(s) shall faithfully perform all duties required by law of said fiduciary office.
If these conditions are faithfully fulfilled, this obligation shall be void; otherwise it shall
remain in full force and effect.

In witness whereof, the Undersigned have hereunto set their hands and seals, this **eighth**
day of **November, 2021.**

.............................................(SEAL)         .............................................(SEAL)
Kira  Ferguson                                          ,

.............................................(SEAL)         .............................................(SEAL)

.............................................(SEAL)         .............................................(SEAL)

Before the Clerk of Wythe County Circuit Court on this **eighth** day of  **November, 2021.**

The foregoing BOND was subscribed, sworn to and acknowledged by:

**Kira  Ferguson**

the obligor(s) therein, and ordered to be recorded as provided by law.

Teste: JEREMIAH E MUSSER
CLERK

by _____ , Deputy Clerk

# WAIVER OF QUALIFICATION
VA. CODE §§ 64.2-500, 64.2-502

Court File No. _21-240_

TO THE CLERK:

_____ Virginia, Circuit Court

_William S Ferguson_                    _10-14-2021_
NAME OF DECEDENT                         DATE OF DEATH

1.  I/We, the executor(s) appointed by the decedent's will,
    [X] I refuse the executorship
    [ ] I refuse the executorship in favor of the co-executor(s)

                    SIGNATURE OF EXECUTOR(S)

    _____

    _____

2.  [ ] I/We, residual or substantial legatee(s) (persons to whom decedent willed personal property), or
    [ ] I/We, distributees of the intestate decedent's estate (relatives under Va. Code § 64.2-201; see also § 64.2-200),

    decline to qualify on the estate and request appointment of

    ......................................................................................................................
                    NAME AND ADDRESS OF PERSON NOMINATED FOR APPOINTMENT

    [ ] as administrator, c.t.a. (if decedent left a will) or
    [ ] as administrator (if decedent did not leave a will)

    SIGNATURE(S), LEGATEE(S)/DISTRIBUTEE(S)              RELATIONSHIP TO DECEDENT

    _____          ...........................................

    _____          ...........................................

    _____          ...........................................

    _____          ...........................................

[ ] City [X] County of ......_Wythe_......  State/Commonwealth of ......_VA_......

Acknowledged, subscribed and sworn to before me this _19th_ day of ......_Oct_...... , 20 _21_

by ......_Sandy Doonan_......
                    PRINT NAME OF SIGNATORY

                                        [X] CLERK    [ ] DEPUTY CLERK
                                        [ ] NOTARY PUBLIC  My commission expires .......................
                                                            Registration No. .......................

FORM CC-1608 MASTER 11/16

**MEMORANDUM OF FACTS — PROBATE**                Court File No. **210000240**

COMMONWEALTH OF VIRGINIA

VA. CODE §§ 64.2-1409, 64.2-1419, 64.2-1221, 64.2-1426, 64.2-500, 64.2-505

For Official Use Only

Circuit Court of Wythe County

Estate of **William Sandrel Ferguson** , deceased.

Decedent's date and place of death: <u>**October 14, 2021**</u> -- **Wythe VA US**

Decedent died: [X] testate [ ] intestate. If testate, Decedent's will is: [ ] holographic [X] non-holographic.

Date of will: **February 24, 2021** Date of codicil:                ,

Decedent's residence address: **225 South Sandrel Lane Wytheville VA 24382 US**

If testate: [X] will admitted to probate [ ] will denied probate, because:

How proved: [X] self-proving affidavit [ ] attesting witness [ ] handwriting witnesses [ ] other (specify below)

Fiduciary appointed: [ ] Administrator [ ] Administrator, c.t.a. [X] Executor [ ] Curator [ ] none [ ] other:

Name of fiduciary: **Kira Ferguson**

Residence Address: **225 Sandrel Lane Wytheville VA 24382 US**

Mailing address if different:

Name(s) of co-fiduciaries:

Residence Address:

Mailing address if different:

Name of Agent for Service of Process:                Telephone: _____

Agent's address for Service of Process:

Appointee same as requested on Probate Information Form? [X] yes [ ] no, because:

Appointee identifying information on Probate Information Form: [X] verified [ ] not applicable/another appointed.

Inventory and settlement waived: [X] no [ ] yes, because:

Power of sale over realty: [ ] yes [X] no. Amount of fiduciary bond: **$3,068,108.00** [ ] secured [X] unsecured.

Surety is waived by will: [X] yes [ ] no. Surety is waived by statute: [ ] yes, by § _____ [X] no.

Type of surety: [ ] corporate [ ] cash [ ] property [ ] other (specify):

Name of corporate surety: _____

Agent of corporate surety: _____

Mailing address: _____

Description of security: _____

Clerk's additional comments:


TAX AND FEES COLLECTED:

| | | | |
|---|---|---|---|
| State Tax | $1,337.30 | Bond | $.00 |
| Local Tax | $.00 | Certificate(s) of Qualification | $.00 |
| Qualification Fee | $30.00 | Transfer Fee | $1.00 |
| Record Will/Order | $14.50 | State Library Fee | $7.00 |
| List of Heirs | $14.50 | Copies | $.00 |

TOTAL TAX AND FEES COLLECTED                **$1,404.30**

Date: **November 8, 2021**                By _Jeremiah Nunes_ Clerk/Deputy Clerk

FORM CC-1660 MASTER 10/12

# OATH OF FIDUCIARY

Court File No. **210000240**

STATE OF VIRGINIA, COUNTY OF WYTHE, to-wit:

I, **Kira Ferguson**        who was on the **eighth** day of **November, 2021**, by the Clerk of the

Wythe County Circuit Court, Virginia appointed

☐ Administrator    ☐ Administrator, c.t.a.    ☒ Executor
☐ Curator        ☐ other:

of the Estate of **William Sandrel Ferguson** , deceased,        do hereby solemnly swear or affirm

that:

☒ the writing admitted to record contains the true Last Will and Testament of the
deceased, so far as I/we know or believe

OR

☐ the deceased left no will, so far as I/we know

and I/we will faithfully perform the duties of the office as appointed to the best of my/our judgment.

**Kira Ferguson**

Subscribed and sworn to before me this the **eighth** day of **November, 2021**.

Clerk/Deputy Clerk

**PROBATE INFORMATION FORM**                    Court File No.: **210000240**

COMMONWEALTH OF VIRGINIA
         (For appointment of executor, administrator, curator, and/or probate of a will without qualification.)

Circuit Court of Wythe County

1. Decedent's full name: **William Sandrel Ferguson**    ☐ Married  ☐ Single ☐ Divorced  ☒ Widowed

2. Decedent's Residence address at death (street, city, state): **225 South Sandrel Lane Wytheville VA 24382 US**

3. Date of birth: **October 16, 1945**  Date and place of death: **October 14, 2021**  --  **Wythe VA US**

4. Proof of death: ☒ Death certificate    ☐ Obituary    ☐ Other (specify):

5. The decedent died: ☒ with a will  ☐ without a will.  Date of will (and codicils) **02/24/2021** / _____

6. Requested action: appointment of: ☐ administrator  ☒ executor  ☐ curator  ☐ probate of will

7. Name of person making request: **Kira  Ferguson**

8. Mailing address: **225 Sandrel Lane Wytheville VA 24382 US**

9. Basis for request: ☒ executor named in will ☐ sole-distributee ☐ other distributee  ☐ creditor  ☐ other:

10. Name of person seeking appointment: **Kira  Ferguson**

11. Day telephone: **(215) 354-7698**                    Night telephone:

12. Residence address: **225 Sandrel Lane Wytheville VA 24382 US**

13. Mailing address, if different:

14. Name of any additional person seeking appointment:

15. Day telephone:                    Night telephone:

16. Residence address:

17. Mailing address, if different:

18. Name of assisting attorney, if any:                    Telephone: _____

19. Attorney's mailing address: _____

20. The total value of the decedent's real and personal estate ☒ did  ☐ did not exceed $15,000 on the date of death.

   I hereby certify that to the best of my knowledge and belief this is an accurate statement of facts, and I acknowledge a continuing legal duty to report any later discovered errors or inconsistencies to the Clerk of Court.

| **November 8, 2021** | **Kira  Ferguson** | |
|---|---|---|
| DATE | PRINTED NAME OF REQUESTING PERSON | SIGNATURE OF REQUESTING PERSON |

**INFORMATION TO BE FURNISHED BY EACH PERSON SEEKING APPOINTMENT**

21. Are you a person under a disability?        ☐ yes  ☒ no.    (See Instructions for explanation.)

22. Have you ever been convicted of a felony? ☐ yes  ☒ no.

23. Have you ever filed for bankruptcy?  ☐ yes  ☒ no.

24. Are you now, or have you ever been, an attorney at law in Virginia or elsewhere? ☐ yes  ☒ no.  (If yes, and you do not now possess an active license from the Virginia State Bar, explain the details on a separate sheet of paper.)

   I (we) hereby certify that to the best of my (our) knowledge and belief this is an accurate statement of facts, and I (we) acknowledge a continuing duty to report any later discovered errors or inconsistencies to the Clerk of Court.

| **November 8, 2021** | **Kira  Ferguson** | |
|---|---|---|
| DATE | PRINTED NAME OF REQUESTING PERSON | SIGNATURE OF REQUESTING PERSON |

| **November 8, 2021** | | |
|---|---|---|
| DATE | PRINTED NAME OF REQUESTING PERSON | SIGNATURE OF REQUESTING PERSON |

FORM CC-1650 (MASTER) REVISED 07/03

VIRGINIA
IN THE CLERK'S OFFICE OF
WYTHE CIRCUIT COURT
NOVEMBER 08, 2021 AT 02:36 PM
WILLS/FIDUCIARY
INSTRUMENT #210000240 WAS RECORDED
UPON CERTIFICATION OF ACKNOWLEDGEMENT
THERETO ANNEXED, ADMITTED TO RECORD.
THE FEE AND TAX OF $1404.30 IMPOSED
BY LAW HAVE BEEN PAID (RCPT 21000010005)
TESTE: JEREMIAH E. MUSSER, CLERK

RECORDED BY: JEM

# A.E.GÓMEZ, P.C., A PROFESSIONAL LAW CORPORATION

April 6, 2022

**SENT VIA E-MAIL:**

Wythe County Circuit Court
ATTN: Honorable Clerk
225 S. 4th St., Suite 105,
Wytheville, VA 24382

276.239.1086
276-228-0687 (Fax)
alex@aegomezpc.com
www.aegomezpc.com
P.O. Box 1632
Wytheville, Virginia
24382

Alejandro E. Gómez
Licensed in Louisiana,
Florida and Virginia.

**Re:** ***Estate of William Sandrel Ferguson***
**Case No.: 210000240**

Dear Honorable Clerk:

Please be aware that I have been retained to represent Susan Bielski & Sandra Doonan in reference to the above-matter. Should you have any questions or concerns, please do not hesitate to reach out to me or my paralegal, Sara Sheffey, at 276-284-0869.

Very truly yours,

Alejandro Emilio Gómez, Esq.

AEG/ss
Enclosures
cc:      Randy Jones, Esq.

FILED IN THE OFFICE OF THE CLERK
OF THE CIRCUIT COURT OF WYTHE
COUNTY, VIRGINIA.
THIS ____ DAY OF _____, 20____
AT _____ M.
BY _____, DEP. CLERK

Court File No. **210000240**

**INVENTORY FOR DECEDENT'S ESTATE**

COMMONWEALTH OF VIRGINIA
VA. CODE §§ 64.2-1300, 64.2-1308

Circuit Court of Wythe County

Decedent's name: **William Sandrel Ferguson**

Fiduciary(ies) name(s): **Kira  Ferguson**

Date of fiduciary's qualification: **November 8, 2021**      Date of decedent's death: **October 14, 2021**

This is: ☒ the first inventory ☐ an inventory showing after discovered assets ☐ an amended inventory restating all assets.
The fiduciary filing this inventory is: ☐ an administrator ☒ an executor ☐ a curator.

Total value of assets listed in Parts 1 and 3 (estate for bond) ............................... *19.98,683.27*

Total value of assets listed in Parts 1, 3, and 4 (estate for probate tax) ...................... $ *1998,683.27*

**ATTACH ADDITIONAL SHEETS IF NEEDED**

Part 1. The decedent's personal estate under your supervision and control, valued at the date of death.

| DESCRIPTION OF PROPERTY | VALUE |
|---|---|
| Master bedroom Furniture -Bed, Dresser x2 side table x2 | 500 |
| 1) Guest bedroom Furniture bed 2 dressers 1 table | 400 |
| 2) guest bdrm Furnitre bed desk dresser table | 400 |
| Piano - Yamaha grand | 8000 |
| Art desk and supplies | 200 |
| living room Entertanment center, desk, shelves | 500 |
| Dining room set table china closet | 500 |
| Office furniture Desk and hutch | 500 |
| Household electronics tvs vcrs wii (camcorder missing 100) | 300 |
| Home gym equipment | 500 |
| small kitchen appliances, blenders, juicers mixers | 300 |
| horse, saddles 4 | 1000 |
| Farm vehicles, horse trailer, flatbed trailer, tractors etc   -tax id 21208726 | 16,434.00 |
| Toyota Rav 4 2018 tax bill ID 21207410   2018 | 16,200.00 |
| 2010 Ford SRW tax bill 21208727 | 16,600.00 |
| Farm equipment tractors, bailors, mowers etc | 50,000. este aution value |
| Missing from house 10 packs of coins 22 ed ed   1965 | unknown |
| 5 $1 $2 and $5 Silver Certificates | unknown |
| unknown type coins and rings/jewelry | unknown |
| Race Car gifted to RK Dix per Mrs Fergusons Reqst | 294,649.27 |
| **TOTAL VALUE OF PART 1:** Attachment | 406,983.27 |

FORM CC-1670 MASTER 10/12

First bank & Trust Estate

11/9    127 370.15

E trade .                    2108.56

Vanguard Investment    165, 170.56

sub                    294 649 27

**Part 2. The decedent's interest in multiple party accounts and multiple party certificates of deposit in banks and credit unions, valued at the date of death.**

| DESCRIPTION OF PROPERTY | VALUE |
|---|---|
| Vanguard IRA - Jayce Dorson 1/2 | 64,800.12 |
| | |
| | |
| | |
| | |
| | |
| **TOTAL VALUE OF PART 2:** | 64,800.12 |

**Part 3. The decedent's real estate in Virginia over which you have a power of sale, valued at the date of death.**

| DESCRIPTION OF PROPERTY | VALUE |
|---|---|
| Pine & E. Lee Hwy 041A-007-0014-000-2 | 317,100.— |
| Old Barrett Mill Rd Sand Mnt 055-000-0000-0016 | 267,000.— |
| Sand Mnt Lots 33 & 44 055C-001-0000-0033 | 37,800.— |
| Sand Mnt Lot 31 055C-002-0000-0031 | 29,100.— |
| W.E. Malin Frm 055C-002-0000-0000C | 95,200.— |
| W.E. Malin Farm 055C-001-0000-0045 | 263,700.— |
| Reed Creek Fort Chiswell 045-000-0000-0035 | 241,500.— |
| Stuffles Run lots 2-7 068A-001-0000-0002 | 226,100.— |
| ⁴ Stuffles Run **TOTAL VALUE OF PART 3:** 069-000-0000-0016E | 114,200.— |
| total | 1,591,700.00 |

**Part 4. The decedent's other real estate in Virginia, valued at the date of death.**

| DESCRIPTION OF PROPERTY | VALUE |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL VALUE OF PART 4:** | N/A |

FORM CC-1670 (MASTER) 10/12

**Part 5. The decedent's non-Virginia real estate, if any, at the date of death.**

| DESCRIPTION OF PROPERTY | VALUE |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL VALUE OF PART 5:** | – 0 – |

---

### CERTIFICATE OF ACCURACY, COMPLETENESS, AND MAILING
[Must be signed by each fiduciary.]

1. I (we) hereby certify and affirm under penalty of law, that to the best of my (our) knowledge and belief this is an accurate and complete inventory of this estate made in accordance with my (our) responsibilities under Virginia law.

2. I (we) hereby also certify and affirm that (**choose one**):

    A. ☐ On or before the date of filing this Inventory with the Commissioner of Accounts, I(we) sent a copy of it by first class mail to every person entitled to a copy, pursuant to Virginia Code Section 26-12.4, who made a written request therefor. The names and addresses of the persons to whom copies were sent and the dates they were mailed are shown on Page 4.

    **Or**

    B. ☒ No person entitled to a copy of this Inventory pursuant to Virginia Code Section 26-12.4 made a written request therefor.

Date ..12|14|21..............    Fiduciary ..King Ferguson..............
                               Address ..225 Sandpit Lane    24382..
                               Telephone No.: ..215-354-7698..............

Date ..............................    Fiduciary ................................
                               Address ................................
                               Telephone No.: ................................

Date ..............................    Fiduciary ................................
                               Address ................................
                               Telephone No.: ................................

---

### CERTIFICATE OF COMMISSIONER

The Commissioner of Accounts has not independently verified the value of the items on the inventory, or the fact that they are the only assets of the estate.

Inspected, found to be in proper form, and approved on ..1/4/2022..................................

..............................................
Commissioner of Accounts

Received in the Clerk's Office and admitted to record on ..1-6-2022..................................

..Ashley King, DC..............
Clerk

Page 3 of 4

**Certificate of Mailing**

I, the undersigned, do hereby certify that I have mailed a copy of the foregoing INVENTORY FOR DECEDENT'S

ESTATE to the following individuals on this the ................... day of ................................................. 20...............


_____

Executor/Administrator

_____

Executor/Administrator

_____

Executor/Administrator


| Name of Recipient | | |
| Address | | |
| City | State | ZIP |

| Name of Recipient | | |
| Address | | |
| City | State | ZIP |

| Name of Recipient | | |
| Address | | |
| City | State | ZIP |

| Name of Recipient | | |
| Address | | |
| City | State | ZIP |

| Name of Recipient | | |
| Address | | |
| City | State | ZIP |

| Name of Recipient | | |
| Address | | |
| City | State | ZIP |

Add pages as necessary.

Page 4 of 4

FORM CC-1670 MASTER 10/12

VIRGINIA:  IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF
WYTHE COUNTY,

**January 6, 2022**  The foregoing writing was this day presented in said office by Randy
Jones, Commissioner of Accounts, inspected, approved, and ordered to be recorded.

TESTE:        *Ashley King*, Deputy Clerk


VIRGINIA:  IN THE CIRCUIT COURT OF WYTHE COUNTY **January 21, 2022.**
THE FOREGOING WRITING HAVING BEEN FILED IN THE SAID OFFICE FOR 15
DAYS, AND NO EXCEPTIONS HAVING BEEN TAKEN THERETO, THE SAME
STANDS CONFIRMED AND IS ORDERED TO BE RECORDED.

TESTE:        *Ashley King*, Deputy Clerk



**OFFICIAL RECEIPT**
**WYTHE CIRCUIT COURT**
**WILLS/FIDUCIARY**

| | | | |
|---|---|---|---|
| **DATE :** 01/06/2022 | **TIME :** 14:31:56 | **CASE # :** 197CWF210000240 | |
| **RECEIPT # :** 22000000178 | **TRANSACTION # :** 22010600039 | | |
| **CASHIER :** ADC | **REGISTER # :** C986 | **FILING TYPE :** INV | **PAYMENT :** FULL PAYMENT |
| **INSTRUMENT :** 210000240 | **BOOK :** | **PAGE :** | **RECORDED :** 01/06/2022 | **AT :** 14:31 |
| **INDEXED :** FERGUSON, WILLIAM SANDREL | | | **LOC :** CO |
| **PRINCPL :** | | | **PCT :** 100% |
| **RECEIVED OF :** JONES, RANDY | | | |
| **CHECK :** $18.00 | **CHECK NUMBER :** 1021 | | |
| **DESCRIPTION 1 :** INVENTORY | | | |
| **MAP :** | **PAGES :** | **PIN :** | |

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 037 | WILLS AND ADMIN. | $0.00 |
| 145 | VSLF | $3.50 |
| 302 | WILLS & ADMIN. | $14.50 |

**TENDERED : $**    18.00
**AMOUNT PAID : $**    18.00

VIRGINIA:  IN THE CIRCUIT COURT OF WYTHE COUNTY

| | | |
|---|---|---|
| **SUSAN DOONAN BIELSKI** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **SANDRA B. DOONAN,** | ) | |
| | ) | |
| Plaintiffs | ) | **Case No. CWF210000240** |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| **KIRA FERGUSON** | ) | |
| **EXECUTRIX FOR THE ESTATE** | ) | |
| **OF WILLIAM SANDREL FERGUSON,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF HEARING.

PLEASE TAKE NOTICE that on August 8, 2023, at 9:30 a.m. or as soon thereafter, the

court shall hear the Plaintiff's Motion for Rule to Show Cause in the Circuit Court of Wythe

County in front of the Honorable Presiding Judge.

Respectfully submitted,

SUSAN DOONAN BIELSKI
SANDRA B. DOONAN

By: Alejandro E. Gomez, Esq.

1

Alejandro Emilio Gómez, Esquire
VSB No. 88187
A.E. GÓMEZ, P.C.,
A Professional Law Corporation
P.O. Box 1632
Wytheville, VA 24382
Phone: 276-365-8080
alex@aegomezpc.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1ᵗ day July , 2023, a copy of the foregoing

Notice of Hearing was furnished via e-mail, mail or facsimile to the following counsel and *pro se*

litigant, Kira Ferguson, Executrix for the Estate of William Sandrel Ferguson for service thereof:

Randy C. Jones, Esq.
350 South Fourth Street, Suite C
Wytheville, VA 24832
Phone: 276-223-0373
Fax: 276-223-0390
randyjones@embarqmail.com
*Commissioner of Accounts*

Kira Ferguson
*Executrix for the Estate of William Sandrel Ferguson*
225 Sandrel Lane
Wytheville, Virginia 24382

Alejandro E. Gomez, Esq.

2

# A.E. GÓMEZ, P.C., A PROFESSIONAL LAW CORPORATION



July 7, 2023

Wythe County Circuit Court
VIA HAND DELIVERY

276.239.1086
855-420-5927 (Fax)
stacy@aegomezpc.com
www.aegomezpc.com
P.O. Box 1632
Wytheville, Virginia
24382

Stacy D. Gómez
Licensed in Louisiana,
Florida and Virginia.

**RE:** **Susan Doonan Bielski and Sandra B. Doonan v. Kira**
**Ferguson, Executrix for the Estate of William Sandel**
**Ferguson**
**Civil Case No. CWF210000240-00**
**Court Date: August 8, 2023, at 9:30 a.m.**
**Motion for Order to Show Cause**

Honorable Clerk:

I have herewith attached the Plaintiff's Motion for Order to
Show Cause, Order for Show Cause, and a Notice of Hearing for
filing. Please note that this matter is scheduled for a hearing on
August 8, 2023, at 9:30 a.m.

I would ask that you perfect service on the defendant, Kira
Ferguson the Executrix for the Estate of William Sandrel Ferguson at
225 Sandrel Lane, Wytheville, Virginia 24382.

Do not hesitate to contact me with any questions or concerns.

Sincerely,

Alejandro E. Gòmez, Esq.

AEG/t
Enclosures

cc:    Randy Jones, Esq., VIA EMAIL
       Sandra Doonan, VIA U.S. Mail
       Susan Bielski, VIA U.S. Mail
       Kira Ferguson, VIA U.S. Mail

**VIRGINIA: IN THE CIRCUIT COURT OF WYTHE COUNTY**

| | |
|---|---|
| **SUSAN DOONAN BIELSKI** | ) |
| | ) |
| **and** | ) |
| | ) |
| **SANDRA B. DOONAN,** | ) |
| | ) |
| **Plaintiffs** | )    **Case No. CWF210000240** |
| | ) |
| | ) |
| **v.** | ) |
| | ) |
| | ) |
| **KIRA FERGUSON** | ) |
| **EXECUTRIX FOR THE ESTATE** | ) |
| **OF WILLIAM SANDREL FERGUSON,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR ORDER TO SHOW CAUSE

**PETITIONORS**, Susan Doonan Bielski and Sandy Doonan, heirs at law of the decedent, and hereinafter referred to as the Plaintiff's, respectfully provides the following statements of fact:

1)    William Sandrel Ferguson, hereinafter referred to as the Decedent, died testate on October 14, 2021, in Wythe County, Virginia.

2)    On November 8, 2021, Kira Ferguson, hereinafter referred to as the Executrix of the Estate and/or Defendant, qualified and was duly appointed by the Wythe County Circuit Court as Executrix of the Estate of William Sandrel Ferguson.

3)    On November 9, 2021, Randy Jones, Commissioner of Accounts, for the County of Wythe, mailed notice to the Executrix advising her that the initial inventory for said estate was due

on March 8, 2022 and such further filing would be due in a timely manner pursuant governing probate laws in Virginia.

4)      On December 17, 2021, Susan D. Bielski, heir at law of the decedent, mailed by U.S. mail, written notice to the Executrix, requesting copies of inventories, accountings, and any other documents filed by Executrix pursuant to § 64.2-508(A)(2). Such notice was filed by same date of letter with the Commissioner of Accounts.

5)      On December 20, 2021, Sandra B. Doonan, heir at law of the decedent, mailed by U.S. mail, written notice to the Executrix, requesting copies of inventories, accountings, and any other documents filed by Executrix pursuant to § 64.2-508(A)(2). Such notice was filed by same date of letter with the Commissioner of Accounts.

6)      The initial Inventory was reviewed and approved by the Commissioner of Accounts on January 4, 2021, and marked approved for submission to the Court. It should be noted for the record that the Certificate of Commissioner states that he had not independently verified the value of the items on the inventory, or in fact that they are the only assets of the estate as is proper in such matters.

7)      On January 6, 2022, the initial Inventory for the Decedent's Estate was received and recorded in the Wythe County Circuit Court. It should be noted for the record that such Inventory was dated by the Executrix as December 14, 2021.

8)      On March 4, 2022, the Executrix, received a written communication from Susan D. Bielski, inquiring about missing assets of the Estate.

9)      The final estate accounting was due on March 8, 2023.

10)     On April 10, 2023, the Executrix filed an incomplete Excel spreadsheet with the Commissioner of Accounts listing items held by the Estate.

11)    That no annual accounting has been filed since the initial inventory was approved and the first accounting: said accounting being due on or before March 8, 2023.

12)    That the Estate has suffered and will continue to suffer harm due to the lack of the Defendant's mishandling of the Estate.

13)    That the heirs at law have suffered and will continue to suffer financial difficulties due to the Defendant's lack of cooperation in endorsing documents necessary to facilitate the transfer of stocks and other such assets.

**WHEREFORE**, Petitioners pray that this Court issue an Order directing the Defendant to show cause, if any she has, why she should not be adjudged in contempt of this court; and to provide to the Plaintiff's all Estate documents and filings requested, provide and disclose any information regarding any assets distributable under the Estate, all Estate banking accounts howsoever held from date of death to present as well as any and all banking accounts held by the decedent at the time of his death, any information whether written or otherwise known that may lead to the discovery of any asset distributable under the Estate; to endorse and execute any and all documents necessary to facilitate any the above; to locate, execute and endorse all documents necessary for immediate transfer of any stocks, IRA's, bonds or any other such form of asset including but not limited to real estate to which they are legally entitled by and through this Estate; and for an award of the plaintiff's attorney fees as well as Commissioner's fees and Court costs; and for such other relief as to the Court may seem meet and proper.

Respectfully submitted,

Sandra B. Doonan
Susan Doonan Bielski

By: Alejandro E. Gomez, Esq.

Alejandro Emilio Gómez, Esquire
VSB No. 88187
A.E. GÓMEZ, P.C.,
A Professional Law Corporation
P.O. Box 1632
Wytheville, VA 24382
Phone: 276-365-8080
alex@aegomezpc.com
*Attorney for Plaintiffs*


COMMONWEALTH OF VIRGINIA,
COUNTY OF WYTHE, to wit;

  This day personal appeared before me, a Notary Public in and for the Commonwealth and

County aforesaid, Alejandro E. Gomez, Esq., Wythe County, Virginia, who being first duly sworn

on oath, deposes and states that the allegations of the foregoing Motion for Order to Show Cause

are true and correct to the best of his knowledge and belief.

  SUBSCRIBED AND SWORN to before me this ____4 th____ day of ___July___, 2023.


My commission expires: _June 30, 2024_

Notary registration number: _294675_


                Notary Public

## CERTIFICATE OF SERVICE

I, Alejandro E. Gomez, Esq., counsel for the plaintiff's do hereby certify that a copy of the

Motion for Order to Show Cause was mailed to Kira Ferguson, Executrix of the Estate of William

Sandrel Ferguson, at 225 Sandrel Lane, Wytheville, Virginia 24382 and Randy Jones,

Commissioner of Accounts for the County of Wythe, via email at randyjones@embarqmail.com

this __7ᵗʰ__ day of __July__, 2023.

Alejandro E. Gomez, Esq.

VIRGINIA:  IN THE CIRCUIT COURT OF WYTHE COUNTY

SUSAN DOONAN BIELSKI   )
          )
and          )
          )
SANDRA B. DOONAN,    )
          )
    **Plaintiffs**   )  **Case No. CWF210000240**
          )
          )
v.          )
          )
          )
KIRA FERGUSON     )
EXECUTRIX FOR THE ESTATE  )
OF WILLIAM SANDREL FERGUSON, )
          )
    **Defendant.**   )

---

### SHOW CAUSE ORDER

This cause came to be heard upon the Plaintiff's Motion for Order to Show Cause to this Court to issue an Order to Show Cause the Defendant, Kira Ferguson, Executrix for the Estate of William Sandrel Ferguson, to provide to the Plaintiff's all Estate documents and filings requested, provide and disclose any information regarding any assets distributable under the Estate, or any information whether written or otherwise known that may lead to the discovery of any asset distributable under the Estate; to endorse and execute any and all documents necessary to facilitate any the above; to locate, execute and endorse all documents necessary for immediate transfer of any stocks, IRA's, bonds or any other such form of asset including but not limited to real estate to which they are legally entitled by and through this Estate; and for an award of the plaintiff's

attorney fees as well as Commissioner's fees and Court costs; and for such other relief as to the Court may seem meet and proper.

It appearing to the Court that sufficient cause exists, it is therefore ORDERED that the defendant, Kira Ferguson, Executrix for the Estate of William Sandrel Ferguson, appear personally before this Court on the 8th day of August, 2023, at 9:30 a.m. to show cause, if any there be, why she should not be required to comply with the aforesaid and to pay the Plaintiff's attorney fees as well as Commissioner's fees and Court costs; and for such other relief as to the Court may seem meet and proper.

ENTER THIS ORDER THIS ____/ /____ DAY OF
_____, 2023.

**JUDGE**

I ask for this:

Alejandro Emilio Gómez, Esquire
VSB No. 88187
A.E. GÓMEZ, P.C.,
A Professional Law Corporation
P.O. Box 1632
Wytheville, VA 24382
Phone: 276-365-8080
*Attorney for Plaintiffs*

**RULE TO SHOW CAUSE**
COMMONWEALTH OF VIRGINIA

Case No. ................................ CWF2100240-00

................................ WYTHE COUNTY ................................ Circuit Court

225 SOUTH 4TH STREET,  WYTHEVILLE
ADDRESS OF COURT

**RESPONDENT:**

KIRA FERGUSON EXECUTOR
WILLIAM FERGUSON ESTATE
225 SANDREL LANE

WYTHEVILLE VA 24382

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|------|-----|------|----|-----|-----|-----|------|------|------|
| | | MO. | DAY | YR. | FT. | IN. | | | |
| | F | | | | | | | | |
| SSN | | | | | | | | | |

**TO ANY AUTHORIZED OFFICER**: You are commanded to serve this Rule on the Respondent.
**TO THE RESPONDENT:**
  You are hereby commanded to appear before this Court on

...... TUESDAY ...... , ...... 08/08/2023 ...... , at ... 09:30 AM ... to show cause why you should not:

[X]  BE HELD IN CONTEMPT
............................................................................
                                  DESCRIBE CHARGE
SEE ATTACHED MOTION FOR SHOW CAUSE ORDER FOR SHOW CAUSE AND NOTICE OF HEARING

[ ]  Supplemental document(s) attached and incorporated.

[X]  be imprisoned, fined or otherwise punished for:
  [ ]  failure to appear in this Court on ..........................................
                                                          DATE AND TIME
  [ ]  failure to pay fines, costs and/or restitution or an installment thereof:
      payment due: $ .................... on ....................
  [X]  failure to obey an order of [X] this court [ ]
      ordering  SEE ATTACHED NOTICE OF HEARING MOTION FOR SHOW CAUSE AND ORDER FOR SHOW CAUSE
      ............................................................................
      ............................................................................

[ ]  Addendum listing additional charges is attached and incorporated.

**WARNING TO THE RESPONDENT:** You must appear for a hearing/trial at the time and place
shown above.
Willful failure to appear is a separate offense.

........ JULY 13, 2023 ........
DATE

**JEREMIAH E MUSSER**, Clerk
[ ] JUDGE   [X] CLERK   [ ] MAGISTRATE

by ........................................
                    DEPUTY CLERK

Offense Tracking Number:
....................................

(For Administrative Use Only)
Virginia Crime Code:
....................................

---

## RETURN OF SERVICE

EXECUTED by delivering a true copy of this
summons to the Accused in person this day.

........................................
SERVING OFFICER

........................................
BADGE NO., AGENCY AND JURISDICTION

........................................
DATE AND TIME

for ........................................
SHERIFF

FORM CC-1355 MASTER 10/18

Page __1__ of __1__

**RULE TO SHOW CAUSE**                                            Case No. ........................ CWF2100240-00
COMMONWEALTH OF VIRGINIA

.................... WYTHE COUNTY .................................................... Circuit Court

................... 225 SOUTH 4TH STREET, WYTHEVILLE ...................
ADDRESS OF COURT

**RESPONDENT:**                                    COMPLETE DATA BELOW IF KNOWN

KIRA FERGUSON EXECUTOR

WILLIAM FERGUSON ESTATE

225 SANDREL LANE

WYTHEVILLE VA 24382

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|------|-----|------|------|-----|-----|-----|------|------|------|
|      | F   | MO.  | DAY  | YR. | FT. | IN. |      |      |      |
| SSN  |     |      |      |     |     |     |      |      |      |

**TO ANY AUTHORIZED OFFICER**: You are commanded to serve this Rule on the Respondent.
**TO THE RESPONDENT:**

You are hereby commanded to appear before this Court on

........ TUESDAY ........ , ........ 08/08/2023 ........ , at ... 09:30 AM ... to show cause why you should not:

☒    BE HELD IN CONTEMPT
                                                    DESCRIBE CHARGE
    SEE ATTACHED MOTION FOR SHOW CAUSE ORDER FOR SHOW CAUSE AND NOTICE OF HEARING

    [ ]  Supplemental document(s) attached and incorporated.

☒  be imprisoned, fined or otherwise punished for:

    [ ]    failure to appear in this Court on ...........................................
                                                    DATE AND TIME

    [ ]    failure to pay fines, costs and/or restitution or an installment thereof:

           payment due: $ ........................... on ...........................

    ☒    failure to obey an order of ☒ this court [ ]
           ordering SEE ATTACHED NOTICE OF HEARING MOTION FOR SHOW CAUSE AND ORDER FOR SHOW CAUSE

[ ] Addendum listing additional charges is attached and incorporated.

**WARNING TO THE RESPONDENT:** You must appear for a hearing/trial at the time and place shown above.
Willful failure to appear is a separate offense.

........ JULY 13, 2023 ........                     JEREMIAH E MUSSER, Clerk
            DATE                                    [ ] JUDGE  ☒ CLERK  [ ] MAGISTRATE

                                                    by ........ Ashley King ........
                                                                DEPUTY CLERK

Offense Tracking Number:                           (For Administrative Use Only)
...........................................        Virginia Crime Code:

RECEIVED

JUL 17 2023

WYTHE COUNTY
SHERIFF'S OFFICE

38632

---

**RETURN OF SERVICE**

EXECUTED by delivering a true copy of this        FGT, DE EVANS
summons to the Accused in person this day.                SERVING OFFICER

                                                  309  WCSO  098
                                                      BADGE NO., AGENCY AND JURISDICTION

.... 7/25/23 @ 10:27 AM.         for    CW FOSTER
            DATE AND TIME                              SHERIFF

FORM CC-1355 MASTER 10/18          Page  1  of  1    7/20/23 @ 11:03 NF
                                                     7/21/23 @ 0900 NF



To Whom This May Concern,

Im writing to you to today you request a continuance of court case no.
CWF 210000240 BIELSKI/DOONAN V FERGUSON. I did not get served
unitl July 24 or 25th the COURT papers. I was out of town until Friday. I
have been trying to hire legal council since then but have been unable.
I have been contacting attorneys as well as accountants to represent me
since I received the papers. As of this day and time I still have no legal
council despite the many calls to numerous attorneys from Roanoke to
Marion. I'm still waiting on return calls from several attorneys. Some are
on vacation and others don't have the capacity for new clients based on
the magnitude of this case. I am doing my job and managing the estate I
have been entrusted with by my father. It is a large and complicated
estate as well the case surrounding my fathers untimely, unnatural
death in the presence of one of the plaintiffs. MS. BIELSKI. BIELSKI is not
a resident of this state but was the only person present at my fathers
shooting. I have first hand knowledge from bielskis own words that she
convinced my father to kill himself and assisted him in doing so. For the
soul purpose of profiting from my fathers death as he was widowed in
January of 2021. Joyce doonan died leaving behind her 2 daughters and
no will. The estate went to my dad. Susan said she and her sister were
more disserving of the estate because their mom was a dr. That is a
direct quote. Im begging the court for a continuance of this hearing so
that I may obtain legal council to represent me for this case against me,
so I have proper representation in court.

I have legal council in the state of Pennsylvania, he is currently assisting
me with regards to obtaining legal council hear in Va, where I currently
reside. Because I didn't get served until I returned, it has been difficult
to procure council on such short notice, not have time to prepare.

08/04/2023 15:03 Case 1:23-cv-00032-JPJ-PMS   Kira Ferguson   215-354-7698   Filed 10/02/23   Page 35 of 64
Document 6-1
Pageid#: 174

P 2

If you would please accept my request for a continuance for as far out on the docket you are permitted. Giving myself and my PA council to obtain a VA. Attorney and accountant to represent me on behalf of my fathers estate, as well enough time for council to familiarize them with this current case as well as prepare me and the estate documents for court. I have kept every receipt for any expenses and income for the estate.

Please accept my sincerest request for a continuance regarding this case. I appreciate anything you may be able to do for me, giving me time to be adequately prepared.

Thank you very much for taking the time read this,

Sincerely

Kira L. Ferguson

Executor of the Estate of William Sandrel Ferguson

In loving memory

10/14/2021

P.s. I have been trying to procure council since November of 2021

Being told by civil attorneys that I need a wrongful death attorney, wrongful death attorneys tell me I need a criminal attorney, the criminal attorneys then tell me to go to civil attorneys. I have been dealing with this cycle since the beginning. I may have found council today, but again the court date is Tuesday. Im waiting for her to return my call..

Thank you again.

## VIRGINIA: IN THE CIRCUIT COURT OF WYTHE COUNTY

**SUSAN DOONAN BIELSKI &**
**SANDRA B. DOONAN,**
*Petitioners,*

v.

**Case No.:  CWF210000240**

**KIRA FERGUSON**
**EXECUTRIX FOR THE ESTATE OF**
**WILLIAM SANDREL FERGUSON,**
*Respondent.*

)
)
)
)
)
)
)
)
)
)
)

### ENTRY OF APPEARANCE

COMES NOW, **Flux J. Neo, Esq.**, pursuant to Rule 1:5 of the Rules of the Supreme

Court of Virginia and requests the Clerk of the Court note my appearance as Counsel of Record

for Respondent, **Kira Ferguson, Executrix for the Estate of William Samuel Ferguson**, in the

above captioned matter.

COUNSEL:

_____
Flux J. Neo, Esq.
Virginia State Bar No. 78873
Flux J. Neo Law Firm, PLLC
P.O. Box 188
Tazewell, VA 24651
Phone: (276) 988-7996
Fax: (276) 644-2622
Email: Office@NeoLaw1.com

### CERTIFICATE

I hereby certify that a true and accurate copy of the foregoing was mailed to Alejandro
Emilio Gomez, Esq. counsel for Petitioners, at P.O. Box 1632, Wytheville, VA 24382 on August
8, 2023.

_____
Flux J. Neo, Esq.

## VIRGINIA: IN THE CIRCUIT COURT OF WYTHE COUNTY

| | | |
|---|---|---|
| **SUSAN DOONAN BIELSKI &** | ) | |
| **SANDRA B. DOONAN,** | ) | |
| *Petitioners,* | ) | |
| | ) | |
| v. | ) | **Case No.: CWF210000240** |
| | ) | |
| **KIRA FERGUSON** | ) | |
| **EXECUTRIX FOR THE ESTATE OF** | ) | |
| **WILLIAM SANDREL FERGUSON,** | ) | |
| *Respondent.* | ) | |

### MOTION TO CONTINUE

COMES NOW, Respondent, **Kira Ferguson, Executrix for the Estate of William**

**Sandrel Ferguson,** by counsel, Flux J. Neo, Esq., and moves this Court to continue this matter

and set a new hearing date. The grounds for this Motion are as follows:

1. Respondent was only able to retain counsel, namely Flux J. Neo, Esq., yesterday

    evening, after hours, despite a diligent effort to identify an attorney appropriate to

    address this matter.

2. Said counsel is scheduled to be in the Circuit Court of **Bland County**, Virginia, at

    8:30 a.m. on August 8, 2023, and, as such, is unavailable to appear at the 9:00 a.m.

    hearing of the above-styled matter in the Circuit Court of Wythe County, Virginia.

3. Counsel for Respondent expects to file additional Motions in this matter, and, thusly,

    judicial economy warrants all matters be heard at the same hearing so as to facilitate

    resolution of this case.

WHEREFORE, Respondent respectfully moves this Honorable Court to continuance this

matter and allow the Parties to coordinate a new hearing date.

**KIRA FERGUSON**
**EXECUTRIX FOR THE ESTATE OF**
**WILLIAM SANDREL FERGUSON**
*by Counsel*

COUNSEL:

Flux J. Neo, Esq.
Virginia State Bar No. 78873
Flux J. Neo Law Firm, PLLC
P.O. Box 188
Tazewell, VA 24651
Phone: (276) 988-7996
Fax: (276) 644-2622
Email: Office@NeoLaw1.com

## CERTIFICATE

I hereby certify that a true and accurate copy of the foregoing was mailed to Alejandro Emilio Gomez, Esq. counsel for Petitioners, at P.O. Box 1632, Wytheville, VA 24382 on August 8, 2023.

Flux J. Neo, Esq.

## VIRGINIA: IN THE CIRCUIT COURT OF WYTHE COUNTY

SUSAN DOONAN BIELSKI &                    )
SANDRA B. DOONAN,                         )
*Petitioners,*                            )
                                          )
                                          )
v.                                        )    Case No.:  CWF210000240
                                          )
                                          )
KIRA FERGUSON                             )
EXECUTRIX FOR THE ESTATE OF               )
WILLIAM SANDREL FERGUSON,                 )
*Respondent.*                             )

### MOTION TO CONTINUE

COMES NOW, Respondent, **Kira Ferguson, Executrix for the Estate of William**

**Sandrel Ferguson**, by counsel, Flux J. Neo, Esq., and moves this Court to continue this matter

and set a new hearing date. The grounds for this Motion are as follows:

1.  Respondent was only able to retain counsel, namely Flux J. Neo, Esq., yesterday

    evening, after hours, despite a diligent effort to identify an attorney appropriate to

    address this matter.

2.  Said counsel is scheduled to be in the Circuit Court of Bland County, Virginia, at

    8:30 a.m. on August 8, 2023, and, as such, is unavailable to appear at the 9:00 a.m.

    hearing of the above-styled matter in the Circuit Court of Wythe County, Virginia.

3.  Counsel for Respondent expects to file additional Motions in this matter, and, thusly,

    judicial economy warrants all matters be heard at the same hearing so as to facilitate

    resolution of this case.

WHEREFORE, Respondent respectfully moves this Honorable Court to continuance this

matter and allow the Parties to coordinate a new hearing date.

FILED IN THE OFFICE OF THE CLERK
OF THE CIRCUIT COURT OF WYTHE
COUNTY, VIRGINIA,
THIS _14th_ DAY OF _August_, 20_23_
AT _11:21_ _A_M.
BY _Tessa Artac_, DEP. CLERK

**KIRA FERGUSON**
**EXECUTRIX FOR THE ESTATE OF**
**WILLIAM SANDREL FERGUSON**
*by Counsel*

COUNSEL:

Flux J. Neo, Esq.
Virginia State Bar No. 78873
Flux J. Neo Law Firm, PLLC
P.O. Box 188
Tazewell, VA 24651
Phone: (276) 988-7996
Fax: (276) 644-2622
Email: Office@NeoLaw1.com

## CERTIFICATE

I hereby certify that a true and accurate copy of the foregoing was mailed to Alejandro Emilio Gomez, Esq. counsel for Petitioners, at P.O. Box 1632, Wytheville, VA 24382 on August 8, 2023.

Flux J. Neo, Esq.

## VIRGINIA: IN THE CIRCUIT COURT OF WYTHE COUNTY

**SUSAN DOONAN BIELSKI &** )
**SANDRA B. DOONAN,** )
*Petitioners,* )
)
v. )  **Case No.:  CWF210000240**
)
**KIRA FERGUSON** )
**EXECUTRIX FOR THE ESTATE OF** )
**WILLIAM SANDREL FERGUSON,** )
*Respondent.* )

### ENTRY OF APPEARANCE

COMES NOW, **Flux J. Neo, Esq.**, pursuant to Rule 1:5 of the Rules of the Supreme

Court of Virginia and requests the Clerk of the Court note my appearance as Counsel of Record

for Respondent, **Kira Ferguson, Executrix for the Estate of William Samuel Ferguson**, in the

above captioned matter.

COUNSEL:

_____

Flux J. Neo, Esq.
Virginia State Bar No. 78873
Flux J. Neo Law Firm, PLLC
P.O. Box 188
Tazewell, VA 24651
Phone: (276) 988-7996
Fax: (276) 644-2622
Email: Office@NeoLaw1.com

### CERTIFICATE

I hereby certify that a true and accurate copy of the foregoing was mailed to Alejandro
Emilio Gomez, Esq. counsel for Petitioners, at P.O. Box 1632, Wytheville, VA 24382 on August
8, 2023.

_____

Flux J. Neo, Esq.

FILED IN THE OFFICE OF THE CLERK
OF THE CIRCUIT COURT OF WYTHE
COUNTY, VIRGINIA.
THIS _14__ DAY OF _August_ 20_23_
AT __11:21__ _P_.M.
BY: _____ DEP. CLERK

FILED IN THE OFFICE OF THE CLERK
OF THE CIRCUIT COURT OF WYTHE
COUNTY, VIRGINIA.
THIS _14_ DAY OF _August_ 20 _23_
AT _1:35_ P.M.
BY _Teresa Lindace_ DEP. CLERK

## VIRGINIA: IN THE CIRCUIT COURT OF WYTHE COUNTY

SUSAN DOONAN BIELSKI &        )
SANDRA B. DOONAN,             )
*Petitioners,*               )
                             )
v.                           )        **Case No.:  CWF210000240**
                             )
KIRA FERGUSON                )
EXECUTRIX FOR THE ESTATE OF   )
WILLIAM SANDREL FERGUSON,     )
*Respondent.*                )

## MOTION TO DISMISS

COMES NOW, Respondent, **Kira Ferguson, Executrix for the Estate of William Sandrel Ferguson**, by counsel, and moves this Court to dismiss the Show Cause Summons, dated July 7, 2023, and, in support of said motion, states as follows:

Pursuant to § 8.01-274.1, of the Code of Virginia, a "motion or petition [for a rule to show cause] shall include facts identifying with particularity the violation of a specific court order..." Petitioners have failed to identify any Order of this Court that Respondent has violated. Instead a series of facts about an estate matter, currently under the direct supervision of the Wythe County Commissioner of Accounts, have been cited as justification for this Rule to Show Cause.

Pursuant to § 64.2-1200, of the Code of Virginia, "[e]ach commissioner of accounts **shall** retain the power of supervision over every account, matter, or thing referred to him until a final account is approved for such account [...]" (Emphasis added). Additionally, § 64.2-1203, of the Code of Virginia, requires that, "[c]ommissioners of accounts, assistants, and deputies **shall not** have the power to punish any person for contempt for failure to appear or to produce documents or papers, but may certify the fact of such nonappearance or failure to produce to the circuit court, which may impose penalties for civil contempt as if the court had issued the

subpoena." (Emphasis added.)

Petitioners have failed to state any facts which indicate that the Commissioner of Accounts overseeing Respondent's filings has sought any such remedy from this Court to date. § 64.2-1204, of the Code of Virginia, clearly delineates the proper remedies available to Petitioners should they have concerns regarding Respondent's administration of the Estate. Clearly, a petition seeking a contempt finding by this Court is at odds with the laws of the Commonwealth of Virginia.

WHEREFORE, Respondent moves this Honorable Court to dismiss the pending Show Cause Summons due to this Court's lack of jurisdiction to hear the above-styled matter. Additionally, Respondent asks for attorney fees for having to defend against this wrongful action.

**KIRA FERGUSON**
**EXECUTRIX FOR THE ESTATE OF**
**WILLIAM SANDREL FERGUSON**
*by Counsel*

COUNSEL:

Flux J. Neo, Esq.
Virginia State Bar No. 78873
Flux J. Neo Law Firm, PLLC
P.O. Box 188
Tazewell, VA 24651
Phone: (276) 988-7996
Fax: (276) 644-2622
Email: Office@NeoLaw1.com

CERTIFICATE

I hereby certify that a true and accurate copy of the foregoing was FAXED to Alejandro Emilio Gomez, Esq. counsel for Petitioners, at (276) 228-0687 on August 14, 2023.

Flux J. Neo, Esq.

## VIRGINIA: IN THE CIRCUIT COURT OF WYTHE COUNTY

SUSAN DOONAN BIELSKI &    )
SANDRA B. DOONAN,    )
*Petitioners,*    )
    )
v.    )    CASE NO.:    CWF21-240-00
    )
KIRA FERGUSON    )
EXECUTRIX FOR THE ESTATE OF    )
WILLIAM SANDREL FERGUSON,    )
*Respondent.*    )

### MOTION OF EXTENSION OF TIME TO
### SUBMIT ESTATE ACCOUNTING TO THE COMMISSIONER
### AND FOR HEARING ON MOTION TO DISMISS

COMES NOW, Respondent, Kira Ferguson, Executrix of the Estate of William Sandrel

Ferguson, by and through counsel, and moves this Court for an Order granting an extension of

time to submit the Estate Accounting to the Commissioner, and in support of said motion, states

as follows:

On July 7, 2023, Petitioners filed a Motion seeking an Accounting and to have Respondent

removed as Executrix alleging financial malfeasance. A hearing to show cause was conducted on

August 8, 2023. At the time of hearing, Respondent requested a continuance of the matter to allow

time for her to obtain counsel to defend her in this action and to also retain a CPA who could assist

her with preparing the Estate accounting for submission to the Commissioner.

The Court gave Respondent ten (10) days, or by August 18, 2023, to submit two years of

accounting day-by-day, item by item, in chronological order and to demonstrate all deposits and

all withdrawals from the Estate account.

FILED IN THE OFFICE OF THE CLERK
OF THE CIRCUIT COURT OF WYTHE
COUNTY, VIRGINIA.
THIS _21st_ DAY OF _August_, 20_23_
AT _3 6_ P.M.
BY: _Lisa A. _____ DEP. CLERK

Respondent engaged the law firm of Flux J. Neo, Esq., who filed a Motion to Dismiss citing fatal procedural irregularities. *See* attached Exhibit A. Said motion has yet to be ruled upon by the Court.

Respondent also filed, through counsel Flux J. Neo, Esq., a Wrongful Death and Injunction Against Assisted Suicide Complaint on August 18, 2023, citing significant and **unconscionable actions** by Petitioner, Susan Doonan Bielski, Esq., against decedent, Mr. Will Ferguson, whose estate is the subject matter of the Petition. *See* Exhibit B. This Complaint is seeking to have the share of the Petitioner nullified and is also seeking compensatory and punitive damages that go significantly beyond the potential distribution of Petitioner's share of the subject Ferguson Estate.

Respondent secured a CPA firm to assist in the preparation of required documentation, however the firm indicated that they would need an additional 10 weeks to complete the task. *See* Exhibit C.

Regardless, Respondent was able to gather and organize bank statements, records, and receipts in chronological order as Ordered by the Court.

On August 18, 2023, Respondent went to Commissioner's office to submit the Estate Accounting. The Commissioner, Mr. Randy Jones, Esq., reviewed the documents and stated they were missing a cover sheet form and, as a consequence, refused to accept the submission. Respondent queried as to whether she could just complete the form and bring it back on August 21, 2023. The Commissioner said he could not accept the documents on August 21, 2023, due to the Order requiring submission to be made before the close of business on August 18, 2023.

Respondent has substantially complied with this Court's Order in that:

- She secured counsel.
- She, through counsel, challenged the Petitioner's filing.

- She, through counsel, filed a Complaint against Petitioner of the most serious allegations.

- She secured an accounting firm to assist in preparation of requested Estate Accounting.

- She prepared for review the documents responsive to Judge's Order.

- She brought documents to the Commissioner of Accounts on August 18, 2023.

- And considering that this is a petition on a Rule to Show Cause, Respondent, Kira Ferguson, would presumably be afforded an opportunity to purge any contempt finding made by the Court.

WHEREFORE, Respondent respectfully requests that she be allowed to file the documents prepared thus far with the Commissioner of Accounts, that any decision by the Court to have Respondent removed as Executrix of the Estate of William Sandrel Ferguson, be taken under advisement pending a hearing on the Motion to Dismiss and that the Court permit any other remedies that should prove necessary given the above considerations.

**KIRA FERGUSON**
**EXECUTRIX FOR THE ESTATE OF**
**WILLIAM SANDREL FERGUSON**
*By Counsel*

COUNSEL:

Flux J. Neo, Esq.
VSB #78873
Flux J. Neo Law Firm, PLLC
P.O. Box 188
Tazewell, VA 24651
PHONE: (276) 988-7996
FAX: (276) 988-6176
Email: Office@NeoLaw1.com

## CERTIFICATE

I hereby certify that a true and accurate copy of the foregoing was faxed to Alejandro Emilio Gomez, Esq., counsel for Petitioners at 276-228-0687 and Randy Jones, Esq., Commissioner of Accounts, at 276-223-0390, on August 21, 2023.

Flux J. Neo, Esq.

# EXHIBIT A

## VIRGINIA: IN THE CIRCUIT COURT OF WYTHE COUNTY

|  |  |  |
|---|---|---|
| SUSAN DOONAN BIELSKI & <br> SANDRA B. DOONAN, <br> *Petitioners,* | ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | **Case No.: CWF210000240** |
| KIRA FERGUSON <br> EXECUTRIX FOR THE ESTATE OF <br> WILLIAM SANDREL FERGUSON, <br> *Respondent.* | ) <br> ) <br> ) <br> ) <br> ) | |

### MOTION TO DISMISS

COMES NOW, Respondent, **Kira Ferguson, Executrix for the Estate of William Sandrel Ferguson**, by counsel, and moves this Court to dismiss the Show Cause Summons, dated July 7, 2023, and, in support of said motion, states as follows:

Pursuant to § 8.01-274.1, of the Code of Virginia, a "motion or petition [for a rule to show cause] shall include facts identifying with particularity the violation of a specific court order..." Petitioners have failed to identify any Order of this Court that Respondent has violated. Instead a series of facts about an estate matter, currently under the direct supervision of the Wythe County Commissioner of Accounts, have been cited as justification for this Rule to Show Cause.

Pursuant to § 64.2-1200, of the Code of Virginia, "[e]ach commissioner of accounts **shall** retain the power of supervision over every account, matter, or thing referred to him until a final account is approved for such account [...]" (Emphasis added). Additionally, § 64.2-1203, of the Code of Virginia, requires that, "[c]ommissioners of accounts, assistants, and deputies **shall not** have the power to punish any person for contempt for failure to appear or to produce documents or papers, but may certify the fact of such nonappearance or failure to produce to the

subpoena." (Emphasis added.)

Petitioners have failed to state any facts which indicate that the Commissioner of Accounts overseeing Respondent's filings has sought any such remedy from this Court to date. § 64.2-1204, of the Code of Virginia, clearly delineates the proper remedies available to Petitioners should they have concerns regarding Respondent's administration of the Estate. Clearly, a petition seeking a contempt finding by this Court is at odds with the laws of the Commonwealth of Virginia.

WHEREFORE, Respondent moves this Honorable Court to dismiss the pending Show Cause Summons due to this Court's lack of jurisdiction to hear the above-styled matter. Additionally, Respondent asks for attorney fees for having to defend against this wrongful action.

**KIRA FERGUSON**
**EXECUTRIX FOR THE ESTATE OF**
**WILLIAM SANDREL FERGUSON**
*by Counsel*

COUNSEL:

Flux J. Neo, Esq.
Virginia State Bar No. 78873
Flux J. Neo Law Firm, PLLC
P.O. Box 188
Tazewell, VA 24651
Phone: (276) 988-7996
Fax: (276) 644-2622
Email: Office@NeoLaw1.com

CERTIFICATE

I hereby certify that a true and accurate copy of the foregoing was FAXED to Alejandro Emilio Gomez, Esq. counsel for Petitioners, at (276) 228-0687 on August 14, 2023.

Flux J. Neo, Esq.

# EXHIBIT B

## VIRGINIA: IN THE CIRCUIT COURT OF WYTHE COUNTY

VALIDATE CASE PAPERS
RCPT : 23000006445          TIME: 09:11
CASE : 197CL23001094-00
ACCT : FERGUSON, KIRA
AMT  : $05.60

KIRA FERGUSON, individually and            )
as Executrix of the                        )
ESTATE OF WILLIAM S. FERGUSON,             )
DECEASED, and SHANNON FERGUSON,            )
in her own right,                          )
*Petitioners*,                             )
                                           )          **Case No.:**
                                           )
                                           )
v.                                         )
                                           )
SUSAN DOONAN BIELSKI,                      )
*Defendant.*                               )
                                           )

## COMPLAINT

COMES NOW Plaintiffs, Kira Ferguson, individually and as the Executrix of the Estate

of William S. Ferguson, Deceased, and Shannon Ferguson, in her own right, by and

through counsel, hereby files this Complaint and in support thereof states as follows:

## THE PARTIES

1.     Plaintiff, Kira Ferguson, is the biological daughter and Executrix of her late father's

estate, William S. Ferguson, Deceased.

2.     Plaintiff, Shannon Ferguson, resides in the Commonwealth of Pennsylvania.

3.     Plaintiff, Shannon Ferguson, is likewise the biological daughter of the Decedent,

William S. Ferguson.

4.     Defendant, Susan Doonan Bielski, resides in the state of New Hampshire.

5.     Defendant, Susan Doonan Bielski, is the stepdaughter of the decedent, William S.

Ferguson, by and through his marriage to Joyce Doonan, who preceded him in death.

## JURISDICTION AND VENUE

6.     This matter stems from the untimely death of Mr. William Ferguson, who took his

own life, on October 14, 2021, with the assistance, provocation, and participation of Defendant,

Susan Doonan Bielski, in Wythe County Virginia.

7.     Plaintiff, Kira Ferguson, resides in Wythe County, Virginia.

8.     Plaintiff, Kira Ferguson, as of the filing of this Complaint, serves as the Executrix

for William S. Ferguson's Estate, in Wythe County, Virginia.

9.     Various real properties are located in Wythe County, Virginia, and are a part of the

Estate at issue in this matter.

## FACTUAL BACKGROUND

10.     William S. Ferguson and Joyce Doonan were married for approximately thirty (30)

years.

11.     At the time of their union, both William and Joyce had children from previous

marriages.

12.     Joyce Doonan (deceased) had two biological daughters, Sandy Doonan and Susan

Doonan Bielski.

13.     Defendant, Susan Doonan Bielski, lived in and was educated in New England at

various boarding schools, during college and through law school.

14.     William Ferguson's biological daughters are Kira Ferguson and Shannon Ferguson,

Plaintiffs in this matter.

15.     Decedent, William S. Ferguson, was able to acquire various properties, which

included a mobile home park, garages, storage units, horse farm, as well as a residence that sits on

thirty-two (32) acres of land. All such assets are believed to be in Wythe County, Virginia.

16.     Joyce Doonan, mother to Defendant, graduated from medical school, and

ultimately, became an anesthesiologist working in and around Wytheville, Virginia, for over twenty

(20) years.

17.    Together, the Decedents, Joyce and William, were able to build a comfortable life for themselves and amassed an Estate worth approximately $2,000,000.00.

18.    Unfortunately, in January 2021, Joyce Doonan passed unexpectedly, thereby, leaving Mr. William Ferguson her entire stare of the estate.

19.    Shortly, after Joyce Doonan's death, in February 2021, Mr. Ferguson changed his Last Will and Testament.

20.    Originally, Mr. Ferguson's Will appointed Joyce as his Executrix and bequeathed all his assets to her. He only changed the will after her passing.

21.    The current Last and Testament dated February 24, 2021, directed that all assets be sold, with the proceeds to be divided as follows: Sandy Doonan 30%, Susan Doonan Bielski 30%, Kira Ferguson 20% and Shannon Ferguson 20%.

22.    Additionally, the Will appointed Sandy Doonan to serve as the Executrix of the Estate, however, Sandy Doonan relinquished her right so serve as Executrix.

23.    Mr. Ferguson's last wishes specified that if Sandy was unable or unwilling to serve, Kira Ferguson was to then be appointed in her place.

24.    In the months following his wife's death, Mr. Ferguson fought with depression. Mr. Ferguson struggled to cope with the death of his wife, having been diagnosed by his doctor with depression and suicidal ideations.

25.    Medical records reflect that he should reach out to a crisis center for help and that various medications were suggested to him and/or prescribed.

26.    In addition to grieving the loss of his wife, Mr. Ferguson was also battling health concerns that included kidney issues and partial blockage of his carotid artery.

27.     In September 2021, Mr. Ferguson suffered a stroke. Although it was not debilitating, Mr. Ferguson still experienced residual effects. Most significantly, he became physically weaker, increasing his risk of falls.

28.     His September, 2021, hospitalization saw his doctor additionally discuss the blockages to his carotid arteries. Physicians at Roanoke Memorial Hospital opined that they did not believe that Mr. Ferguson was a good surgical candidate due to his renal issues and, thus, were reluctant to address and/or treat the blockages.

29.     Shortly after his discharge from Roanoke Memorial, Mr. Ferguson's daughter, Kira Ferguson, decided to reach out to the hospital at the University of Pennsylvania in Philadelphia.

30.     After speaking with a doctor at the Hospital, both Kira and Mr. Ferguson were inspired with newfound confidence that a surgeon there would be able to perform the necessary operation to unblock his arteries, leading to Mr. Ferguson making plans to go to Philadelphia with his daughter, Kira.

31.     Mr. Ferguson's now optimistic outlook post-surgery rekindled his historic interest in modifying race cars and racing them himself.

32.     In fact, Mr. Ferguson asked his long-time racing partner to finish building a car that he now planned to race.

33.     Delivery of said car occurred September 26, 2021, and led to Mr. Ferguson personally test driving it.

34.     Despite this new hopefulness, Mr. Ferguson still struggled to cope with the death of his wife, as well as his own health issues, with friends noting that he still seemed sad.

35.     This did not deter him though as he continued to make plans to go to the hospital of the University of Pennsylvania.

36.    On October 11, 2021, Defendant, Susan Doonan Bielski, came to Virginia unexpectedly.

37.    At that time, another family member named Perry was scheduled to take Mr. Ferguson to Pennsylvania for his medical appointments.

38.    Defendant asserted that she was going to take Mr. Ferguson to Pennsylvania, causing Perry to cancel his plans to do so.

39.    The expectation was that on October 14, 2021, Mr. Ferguson would travel to Pennsylvania and, once there, he would be admitted for evaluation and treatment of his blockages.

40.    This trip did not occur.

41.    In the three (3) days that Defendant was alone with Mr. Ferguson prior to the trip, she initiated and sustained a systematic push to encourage his suicide.

42.    Home surveillance and other evidence has led Plaintiffs to believe that Defendant spent the three days telling Mr. Ferguson that he had nothing to live for.

43.    Further, that same surveillance footage has led Plaintiffs to believe that Defendant also reinforced and encouraged Mr. Ferguson to dwell on his wife's death.

44.    On the morning of October 14, 2021, Defendant took her mother's ashes and began spreading them under a tree on the property that her mother and Mr. Ferguson used to sit under together.

45.    Plaintiff's believe that this act on Defendant's part drove Mr. Ferguson to a new low emotionally.

46.    Shortly after Defendant scattered Mr. Ferguson's wife's ashes, he took his life.

47.    The in-home camera system also shows Defendant's active encouragement in Mr. Ferguson's preparation of his suicide note, going so far as to helping him spell out the word

"*arrangement*s" in said note.

48.　　Evidence and belief suggest that Defendant additionally directed where he should shoot himself ("not in the head... or... in the house"), given that the chairs in the yard were arranged nearly in the exact spot where Defendant had spread the ashes, being also the location where Mr. Ferguson then shot himself.

49.　　Upon finishing his suicide note, Mr. Ferguson prepared the checks for his funeral arrangements, and then retrieved his .380 Ruger and began loading the weapon.

50.　　Once loaded, Mr. Ferguson's walked outside to the area of the ashes and chairs. Video shows Defendant walking outside to the same area several seconds later.

51.　　Mr. Ferguson's dog remained kept in his office, facing the yard where he eventually shot himself.

52.　　Defendant took up the seat next to Mr. Ferguson a few feet away.

53.　　Mr. Fergson aimed the gun at his chest and pulled the trigger while Defendant sat and watched.

54.　　After Mr. Ferguson shot himself, he did not die instantly but, instead, suffered profoundly.

55.　　Defendant took no immediate steps to render any aid or call 911 for help.

56.　　Instead, she went to seek out a neighbor down the road, at which time she did finally call 911 at the neighbor's behest and direction.

57.　　The neighbor came over to Mr. Ferguson's house and immediately told her to call the police as he began to try to help Mr. Fergson.

58.　　He instructed her to get him a towel so that he could apply pressure to the wound.

59.　　According to the neighbor, Defendant did not move with the haste that the

circumstances warranted.

60.     Defendant did give a self-serving statement to the police upon their arrival on scene.

61.     Defendant, upon Plaintiffs' information and belief, waited only two hours before she contacted the attorney who wrote Mr. Ferguson's will requesting a "reading of the will" in order to find out what her share of the Estate would be.

62.     Defendant continued to press the attorney numerous times inquiring about the Estate.

63.     It is believed that on the day of Mr. Ferguson's death Susan called the attorney even before she called her sisters.

64.     Defendant clearly acted at all times with callous disregard for the feelings and concerns of others or the well-being of Mr. Ferguson.

65.     Defendant's primary concern was with her own enrichment from this tragic event.

66.     Sadly, Mr. Ferguson's may have dog witnessed the entire event, with footage showing the dog wailing as Mr. Ferguson shot himself.

67.     To add insult to injury, Defendant took the dog home with her.

## PROCEDURAL POSTURE

68.     Mr. William Ferguson died on October 14, 2021.

69.     Shortly thereafter, Sandy Doonan renounced her status as Executrix.

70.     Being next in line pursuant to Mr. Ferguson's Will, Plaintiff, Kira Ferguson, accepted her role as Executrix.

71.     In October 2021, probate of the Estate began in Wythe County, Virginia.

72.     Assets are still in the process of being appraised and prepared for sale.

## COUNT 1 - INJUNCTIVE RELIEF

73. Plaintiffs incorporate by reference paragraphs 1 through 72 as if fully set forth

herein.

74. Defendant took an active role in facilitating Mr. Ferguson's suicide.

75. In-home footage of the suicide corroborates this fact.

76. Virginia Code § 8.01-622.1(a) states that:

*"Any person who knowingly and intentionally, with the purpose of assisting another person to commit or attempt to commit suicide, (i) provides the physical means by which another person commits or attempts to commit suicide or (ii) participates in a physical act by which another person commits or attempts to commit suicide shall be liable for damages as provided in this section and may be enjoined from such acts."*

77. Defendant knowingly and intentionally assisted Mr. Ferguson to commit suicide.

78. Additionally, the same statute states that:

*(c) A spouse, parent, child or sibling of a person who commits or attempts to commit suicide may recover compensatory and punitive damages in a civil action from any person who provided the physical means for the suicide or attempted suicide or who participated in a physical act by which the other person committed or attempted to commit suicide.*

*See* VA Code Ann. § 8.01-622.1(c).

79. Plaintiffs, as the children Mr. Ferguson, are deprived of their father due to the

callous actions and conduct of Defendant, Susan Doonan Bielski, who preyed on his depression

and health concerns for her own personal financial benefit.

80. Defendant had direct and personal knowledge of Mr. Ferguson's mental state and

took no steps to contact authorities in order to avoid his suicide.

81. Defendant's conduct was tantamount to "grooming" Mr. Ferguson to believe that

suicide was the only path to ending his depression and mental anguish.

82. Defendant, an attorney by trade, has a heightened awareness of the importance of

mental health issues as they affect human behavior and is expected to assist persons who may harm

themselves or others.

83.     Defendant did not contact any person, professional, or organization to assist her step-father in his suicidal depression.

84.     Defendant oversaw all aspects of Mr. Ferguson's suicide, have aided him in the writing of his suicide note, selecting the location where he would eventually kill himself (spreading her mother's ashes there), arranging two plastic lawn chairs next to one another, to only sit down in one to wait for Mr. Ferguson to pull the trigger, and to then render no substantive aid as he sat dying.

85.     Defendant's stood to personally profit from this conduct as an heir to the Estate, a fact that she knew at the time she was orchestrating this tragedy.

86.     Mr. Ferguson is survived by certain beneficiaries who have sustained financial and pecuniary loss as a result of the death of their father, suffering mental anguish, emotional loss and companionship as children of Mr. Ferguson.

## COUNT II – WRONGFUL DEATH

87.     Plaintiffs incorporate by reference paragraphs 1 through 86 as if fully set forth herein.

88.     Defendant's conduct was willful and wanton and demonstrated a complete and total disregard for the wellbeing of Mr. Furguson.

89.     Defendant owed Mr. Ferguson a duty of reasonable care given her awareness of his ongoing anguish and suicidal ideations.

90.     Defendant's encouraging Mr. Ferguson to commit suicide was wholly consistent with a breach of this duty.

91.     But for Defendant's conduct, Mr. Ferguson would have likely continued to live.

92.  Had Mr. Furguson survived, he would have had his own claim again Defendant in

this matter due to the above consideration.

WHEREFORE, Plaintiffs respectfully request that this Court grant the following relief:

A.  Enter judgment against Defendant for compensatory damages in the

amount of not less than $2,000,000.00, or such other amount as shall be

proven at trial, with prejudgment interest as applicable.

B.  Enter judgment against Defendant for punitive damages in the amount

of $4,000,000.00.

C.  Enjoin Defendant from receiving any portion of the Estate of William

S. Ferguson.

D.  Impose a constructive trust over any real or personal property

Defendant in entitled to pursuant to the terms of the Will of William S.

Ferguson, Deceased.

E.  Name the remaining heirs, pursuant to the Will of William S. Ferguson,

as the sole beneficiaries of the trust.

F.  Divide Defendant's share of the Estate, once in trust, evenly between

the remaining heirs/beneficiaries pursuant to the Will/constructive trust.

G.  For an award of attorney's fees and costs from Defendant as a result of

her violation of Virginia law and the need for Plaintiffs to prosecute this

matter.

H.  For any other relief appropriate under the circumstances.

I.  For a jury trial on this matter.

**KIRA FERGUSON, individually and
as Executrix of the
ESTATE OF WILLIAM S. FERGUSON,
DECEASED, and SHANNON FERGUSON,
in her own right,**
*by Counsel*

COUNSEL:

Flux J. Neo, Esq.
Virginia State Bar No. 78873
Flux J. Neo Law Firm, PLLC
P.O. Box 188
Tazewell, VA 24651
Phone: (276) 988-7996
Fax: (276) 644-2622
Email: Office@NeoLaw1.com

PRO HAC VICE COUNSEL PENDING:

Gerard K. Schrom /s/

Gerard K. Schrom, Esq.
Pennsylvania State Bar No. 39282
Schrom and Schaffer, P.C.
4 West Front Street
Media, PA 19063
Phone: (610) 565-5050
Fax: (610) 565-2980
Email: gschrom@schromandshaffer.com

# EXHIBIT C



Phone 276-228-8500
Fax 276-228-6653
www.adamsdelp.com

August 15, 2023

Kira L. Ferguson, Executor
William S. Ferguson Estate
225 Sandrel Lane
Wytheville, VA 24382

Dear Ms. Ferguson,

This letter is to confirm and specify the terms of our engagement with you and to clarify the nature and extent of the services we will provide.

You acknowledge that we will prepare all required Accounts for Decedent's Estate with Randy Jones, Commissioner of Accounts in Wythe County. You acknowledge that the first accounting is due Friday, August 18, 2023, and that we have advised you that we cannot prepare a complete and accurate accounting by then. Due to the time of entering this engagement, we will require an extension of time of at least 10 weeks to complete the required first accounting. It may take longer if missing items take longer to collect.

Our fee for service will be $220 per hour plus any out-of-pocket expenses. Our bills are due at the date of the invoice with a monthly finance charge of 1% for any balances not paid within thirty days.

If the services and terms outlined are in accordance with your understanding of our engagement, please sign in the space provided below.

Sincerely,

Adams & Delp, P.C.

Daniel P. Delp

The foregoing is in accordance with my understanding of your engagement to provide accounting services. The terms described in this letter are acceptable and are hereby agreed to.

AGREEED AND ACCEPTED

By: _____
Title: _Executors_
Date: _8/15/23_

VIRGINIA:   IN THE CIRCUIT COURT OF WYTHE COUNTY

SUSAN DOONAN BIELSKI                      )
                                          )
and                                       )
                                          )
SANDRA B. DOONAN,                         )
                                          )
                    Plaintiffs            )        Case No. CWF210000240
                                          )
                                          )
v.                                        )
                                          )
                                          )
KIRA FERGUSON                             )
EXECUTRIX FOR THE ESTATE                  )
OF WILLIAM SANDREL FERGUSON,              )
                                          )
                    Defendant.            )

RE: ESTATE OF WILLIAM SANDREL FERGUSON

---

### ORDER

This matter came to be heard on the 8th day of August, 2023, on the Motion for Show Cause and Motion for Order to Show Cause filed by Susan D. Bielski and Sandra B. Doonan, hereinafter referred to as the Plaintiffs. Present were Alejandro Gómez, counsel for the plaintiff's, Kira Ferguson, Executrix for the Estate of Williams Sandrel Ferguson, herein after referred to as the defendant, and Randy Jones, the Commissioner of Accounts for the County of Wythe, hereinafter referred to as the Commissioner.

After hearing the evidence and argument of counsel, it is hereby **ORDERED** that the defendant has ten (10) days from the hearing date within which to bring the Estate accounts and

Estate filings up to date, to file the same with the Commissioner, provide all documents demanded and deemed necessary to prove all expenditures and deposits into the Estate account and any other accounts in which Estate funds have been deposited or kept, and investment accounts/funds and to comply with any other requests for documentation made by the Commissioner to facilitate proper and accurate accounting on behalf of the Estate of William Sandrel Ferguson.

It is further **ORDERED** by the court that all accounts held on behalf of the Estate, the deceased, or companies previously owned, currently held and/or operated on behalf of the deceased be immediately disclosed and all accounts, including but not limited to bank statements, receipts for expenditures, and deposits be provided to the Commissioner of Accounts.

It is further **ORDERED** that said production of documents for Estate accounts, other bank accounts, and investment accounts be labeled by the appropriate name, in order by date, month and year, be complete and up to date, and identified by the appropriate account numbers. The same must be accompanied by the corresponding receipts for every transaction and deposit and that such be identified and described and provided to the Commissioner.

It is further **ORDERED** that an injunction be placed on the defendant restraining her from withdrawing funds or making expenditures from any and all estate accounts or accounts which contains or has contained any funds from the Estate. The defendant is allowed to deposit funds only.

It is further **ORDERED** that any future hearings in this matter shall be scheduled at the preference and discretion of Messrs. Jones and Gómez.

It is further **ORDERED** that if the defendant has failed to comply with this **ORDER** in ten (10) days then she shall be held in contempt and the Court shall, at its discretion, order the

defendant to pay plaintiff's attorney fees, fines, costs, penalties, and/or the imprisonment not to exceed ten (10) days.

It is finally **ORDERED** that Defendant's *ore tenus* Motion to Continue the hearing was denied.

ENTER THIS ORDER, *NUNC PRO TUNC*,

THIS ___30___ DAY OF ___Aug_____, 2023.

_____
JUDGE

I ask for this:

_____
Alejandro Emilio Gómez, Esquire
VSB No. 88187
A.E. GÓMEZ, P.C.,
A Professional Law Corporation
P.O. Box 1632
Wytheville, VA 24382
Phone: 276-365-8080
alex@aegomezpc.com
*Attorney for Plaintiffs*