# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### (Abingdon)

| | |
|---|---|
| KIRA FERGUSON, individually and as Executrix of the ESTATE OF WILLIAM S. FERGUSON, DECEASED, and SHANNON FERGUSON, in her own right,<br>*Plaintiff,*<br><br>v.<br><br>SUSAN DOONAN BIELSKI,<br>*Defendant.* | CASE NO.: 1:23-cv-00032 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record: Please enter my appearance as counsel in this case for **Kira Ferguson, individually and as Executrix of the ESTATE OF WILLIAM S. FERGUSON, DECEASED.** I certify that I am admitted to practice in this Court.

DATE: November 15, 2023

                                      **Respectfully submitted,**

                                      **KIRA FERGUSON, individually and as Executrix of the ESTATE OF WILLIAM S. FERGUSON, DECEASED**

COUNSEL:

_____
Flux J. Neo, Esq.
Virginia State Bar No. 78873
Flux J. Neo Law Firm, PLLC
P.O. Box 188
Tazewell, VA 24651
Phone: (276) 988-7996
Fax: (276) 988-6176
Email: Office@NeoLaw1.com

## CERTIFICATE

I hereby certify that on the __16__ day of November, 2023, I electronically filed the foregoing pleading using the CM/ECF System, which will send notifications of the filing to all counsel of record.

_____
Flux J. Neo, Esq. (VSB No. 78873)
Flux J. Neo Law Firm, PLLC
P.O. Box 188
Tazewell, VA 24651
Telephone: (276) 988-7996
Facsimile: (276) 988-6176
office@neolaw1.com