# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **KIRA FERGUSON, individually and as Executrix of the Estate of William S. Ferguson, Deceased, et al.,** | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:23CV00032 |
| v. | ) ) | **ORDER** |
| **SUSAN DOONAN BIELSKI,** | ) ) | JUDGE JAMES P. JONES |
| Defendant. | ) ) | |

The defendant has filed a Motion to Dismiss. The plaintiffs must file a response no later than March 11, 2024. The defendant may file a reply within 7 days thereafter. The court will advise counsel if the court desires an oral hearing on the motion.

It is so **ORDERED**.

ENTER: February 26, 2024

/s/ JAMES. JONES
Senior United States District Judge