IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRIGINA (ABINGDON)

| | |
|---|---|
| KIRA FERGUSON, *individually and as Executrix of the Estate William S. Ferguson, Deceased* -and- SHANNON FERGUSON, *in her own right*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SUSAN DOONAN BIELSKI, <br><br> *Defendant.* | NO: 1:23-cv-00032-JPJ-PMS |

**PLAINTIFFS' MOTION FOR EXTENSION TO FILE RESPONSE TO MOTION TO DISMISS FOR LACK OF JURISDICTION**

Plaintiffs, by counsel, who have retained new local counsel in this matter respectfully move the court for an extension of 11 days or until March 22, 2024 from the current order of March 11, 2024, in which to file the Plaintiffs' Response to Defendant's Motion to Dismiss for Lack of Jurisdiction. ECF 11. Opposing counsel consents to this request for extension.

Plaintiffs respectfully request this extension be granted.

Respectfully submitted,

/s/ *Flux J. Neo*
Flux J. Neo, Esquire (VSB # 78873)
**Flux J. Neo Law Firm, PLLC**
179 Main Street
Tazwell, VA 24651
Phone: (276) 988-7996
Fax: (276) 988-6176
Email: office@neolaw1.com
*Counsel for Plaintiffs*

Gerard K. Schrom, Esquire
**Schrom, Shaffer & Botel, P.C.**
4 West Front Street
Media, PA 19063
Phone: (610) 565-5050
Fax: (610) 565-2980
Email: gschrom@schromandshaffer.com
*Co-Counsel for Plaintiffs*

Mary Lynn Tate, Esq. (VSB # 16085)
**Tate Law PC**
P.O. Box 807
211 W. Main St.
Abingdon, VA 24212
Phone: (276) 628-5185
Fax: (276) 628-5045
Email: mltate@tatelaw.com
*Of Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, hereby certify that on this 8th day of March, 2024, a copy of the foregoing **PLAINTIFFS' MOTION FOR EXTENSION TO FILE RESPONSE TO MOTION TO DISMISS FOR LACK OF JURISDICTION** was filed via ECF which sends electronic notice of this filing to all counsel of record.

/s/ *Flux J. Neo*
Flux J. Neo, Esquire (VSB # 78873)
**Flux J. Neo Law Firm, PLLC**
179 Main Street
Tazwell, VA 24651
Phone: (276) 988-7996
Fax: (276) 988-6176
Email: office@neolaw1.com
*Counsel for Plaintiffs*

Gerard K. Schrom, Esquire
**Schrom, Shaffer & Botel, P.C.**
4 West Front Street
Media, PA 19063
Phone: (610) 565-5050
Fax: (610) 565-2980
Email: gschrom@schromandshaffer.com
*Co-Counsel for Plaintiffs*