**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division**

| | |
|---|---|
| KIRA FERGUSON, individually and as Executrix of the ESTATE OF WILLIAM S. FERGUSON, DECEASED, and SHANNON FERGUSON, in her own right,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN DOONAN BIELSKI,<br><br>Defendant, | Civil Action No. 1:23-cv-00032 |

**DEFENDANT SUSAN DOONAN BIELSKI'S
NOTICE OF PARTY NAME CHANGE**

Defendant Susan Doonan Bielski ("Bielski"), by counsel, hereby moves this Court under Federal Rules of Civil Procedure Rule 12(b)(2), and respectfully submits this notice to inform the Court that she has changed her legal name to Susan Doonan Blackwell. Defendant Blackwell asks the Court to change the case caption to reflect her current legal name.

**SUSAN DOONAN BIELSKI**

By: /s/ Stewart R. Pollock (VSB # 92466)

Kathleen McCauley, Esquire (VSB # 39028)
Stewart R. Pollock, Esquire (VSB # 92466)
MORAN REEVES & CONN PC
1211 E. Cary Street
Richmond, Virginia 23219
Telephone: (804) 421-6250
Facsimile: (804) 421-6251
kmccauley@moranreevesconn.com
spollock@moranreevesconn.com
*Counsel for Susan Doonan Bielski*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2024 a true and accurate copy of the foregoing *Notice of Party Name Change* was filed electronically on the Western District of Virginia Document Filing System (CM/ECF), served by electronic mail (PDF attachment) and by U.S. mail, postage prepaid, to counsel for plaintiffs and served upon all other counsel of record via electronic mail (PDF attachment) as follows:

>Flux J. Neo, Esquire (VSB # 78873)
>Flux J. New Law Firm, PLLC
>P.O. Box 188
>Tazewell, Virginia 24651
>Telephone: (276) 988-7996
>Facsimile: (276) 644-2622
>Office@NewLaw1.com
>*Counsel for Plaintiff*
>
>Gerard K. Schrom, Esquire (VSB # 39282)
>Schrom and Schaffer, P.C.
>4 West Front Street
>Media, Pennsylvania
>Telephone: (610) 565-5050
>Facsimile: (610) 565-2980
>gschrom@schromandshaffer.com
>*Pro Hac Vice Counsel*

>**SUSAN DOONAN BIELSKI**
>
>By: /s/ Stewart R. Pollock (VSB # 92466)
>
>Kathleen McCauley, Esquire (VSB # 39028)
>Stewart R. Pollock, Esquire (VSB # 92466)
>MORAN REEVES & CONN PC
>1211 E. Cary Street
>Richmond, Virginia 23219
>Telephone: (804) 864-4832
>Facsimile: (804) 421-6251
>kmccauley@moranreevesconn.com
>spollock@moranreevesconn.com
>*Counsel for Susan Doonan Bielski*