# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| KIRA FERGUSON, Individually and as Executrix of the Estate of William S. Ferguson, Deceased, ET AL., Plaintiffs, | )<br>)<br>)<br>) |
| | ) Case No. 1:23CV00032 |
| v. | ) **ORDER** |
| SUSAN DOONAN BIELSKI, | ) JUDGE JAMES P. JONES |
| Defendant. | ) |

Defendant having given notice of her name change, it is **ORDERED** that the Clerk shall change the name of the defendant on the docket as follows: "Susan Doonan Blackwell, f/k/a Susan Doonan Bielski."

ENTER: March 13, 2024

/s/ JAMES P. JONES
Senior United States District Judge