UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

ABINGDON DIVISION

| | |
|---|---|
| KIRA FERGUSON, individually and and as the Executrix of the Estate of WILLIAM S. FERGUSON, dec. and SHANNON FERGUSON, in her own right,<br><br>    Plaintiffs,<br>v.<br><br>SUSAN DOONAN BIELSKI<br><br>    Defendant. | Case No.: 1:23-cv-00032-JPJ-PMS |

## NOTICE OF APPEARANCE

    I, Mary Lynn Tate of Tate Law PC make this appearance on behalf of Plaintiffs in this matter. I am admitted to practice law in the Commonwealth of Virginia and authorized to practice in this Court. I am a member in good standing of the Virginia State Bar. My contact information is below.

                                                 __/s/ Mary Lynn Tate_____

                                         Mary Lynn Tate   Va. Bar # 16085
                                         Tate Law PC
                                         P. O. Box  807
                                         211 West Main Street
                                         Abingdon, Virginia  24212
                                         Phone 276-628-5185
                                         Fax 276-628-5045
                                         Cell 276-608-9185
                                         mltate@tatelaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF APPEAL on behalf of *Plaintiffs* was filed via ECF electronic mail on this 13th day of March 2024.

/s/ Mary Lynn Tate