## AFFIDAVIT

The undesigned Kira Ferguson, being duly sworn, who lives within the Commonwealth of Virginia, and is over the age of 18 years old, deposes and states as follows:

1. I am the natural and biological daughter of the late William S. Ferguson, Deceased.

2. Susan Bielski Blackwell is the stepdaughter of my dad and lives in New Hampshire.

3. Susan came to Virginia four days before my dad was to go to Pennsylvania for medical care.

4. Susan assumed the role of caretaker of my father for the four days before his suicide.

5. Susan cooked the meals, oversaw his sleeping arrangements, drove him around oversaw his behavior and tended to his needs generally for those four days.

6. She was the person responsible for my father during those four days. No one else was in the house but them.

7. She was aware that he was compromised physically and mentally during this time.

8. He was going to be 75 in 2 days.

9. I spoke with my dad, and he said that Susan insisted on coming to Virginia, to spread her mother's ashes.

10. Susan and my dad planned to leave for Pennsylvania early Friday Morning, October 15, 2021.

11. Unfortunately, and to our detriment, that is not what happened.

12. My father was pronounced dead on the scene, approximately 9:36 am on October 14, 2021.

13. My sister Shannon Ferguson and I did not learn of his death until 11:22 am from a neighbor. Upon learning this information, we drove to Wytheville, Virginia.

14. I arrived in Virginia between 7:00 pm – 7:30 pm. Susan was in the driveway waiting for me.

15. The first thing she did was hand me my father's Last Will and Testament and told me we had an appointment with the attorney at 1:00 pm for a reading of the Will.

16. Susan proceeded to tell me what happened. **Susan recounted that my dad was sitting on the back deck and mentioned suicide. Susan then told me and others that were there RK, Christy, April Grubb that she told my dad "<u>not to do it on the back deck because the medics would not be able to get through the house to back to get the back deck to get to you.</u>"** She then told him **"<u>not to shoot himself in the head, because we not be able to have a viewing or open casket funeral.</u>"**

17. My father then went and sat on the couch in the living room, and then Susan told him **"<u>not to do it in the house, because it would be too messy.</u>"**

18. Susan relayed to me that she told him to **"go outside and shoot yourself in the chest, not the head."**

19. Together, Susan and my dad, sat in the chairs outside, and she said my dad pulled the gun pointed and asked her **"head or chest"** and she said **"chest"** and my dad pulled the trigger.

20. Susan also said, "go be with mum, you're going to die on the table."

I declare that the information contained herein is true and correct to the best of my knowledge, information and belief.

KIRA L. FERGUSON

SWORN AND SUBSCRIBED BEFORE ME THIS 8th DAY OF May, 2024,

NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Elizabeth C. Malloy, Notary Public
Delaware County
My Commission Expires January 30, 2028
Commission Number 1364610