Kira, this is Sue, were you able to get a ride?

Apr 17, 2021, 2:01 PM

We are starting



I did this for Sandy Wish I had recorded the first one to and started earlier on this one

Apr 17, 2021, 8:57 PM

There was what sounded like a shotgun blast outside a few minutes ago. Tia and i are terrified

**EXHIBIT A**

minutes ago, Ha and I are termed

And there is definitely an animal loitering outside, lots of scuffling and can rolling happening. Hope it's just a possum as it was two days ago. Hope you guys are coming back soon.

Apr 19, 2021, 9:28 AM

Kira, i just realized you left your tools here

Apr 19, 2021, 2:35 PM

Oh no! My hair stuff! Shit!

I'll have to use my sisters

Fri, Oct 8, 3:30 PM

Hi Kira, i am going to try to get there next Monday instead of Weds FYI

Fri, Oct 8, 5:21 PM

Oh did you get my other message? Didn't realize I had your number

So I got your other messages ! He is stubborn and won't go to pa er until after your visit and I did mention you could visit him in pa and cut your drive short!

Perry told me Lara is in Idaho

Yes so i may just drive straight thru, as i did last time I drove (2018)

Sat, Oct 9, 3:02 AM

Oh, I'm very sorry, i should have asked the obvious, was Perry planning to bring Will to Philly when he leaves Monday? I had assumed you were planning to come back to get him, I'm not thinking clearly. I will call them tomorrow to discuss meeting in Philly. We had planned to scatter some of Mum's ashes in the garden together, but that can wait.

**EXHIBIT A**

Sorry was on my monthly date lol.
Dads aged years since your last visit. He's falling a couple times a day after lunch. He's lost more weight. I'm scared to leave him alone. I put cameras in the house.
I don't let him see me cry.
I sleep with my ear to his back. He has sleep apnea and I have tried everything and he did too but he can't sleep with my solutions go figure he isn't sleeping anyway.
He fell in the middle of the night to go p or open the door for air. Can't remember but he fell. I'm so angry at Roanoke hs for telling us his carotid artery's are 100% blocked have a nice day!
He isn't ready to let go. He wants to drive his new car and we all want him to drive it next year. So many people are worried about him.
I'm going back tonight after I see mark. I'll stay till Tuesday night then go back again Saturday night. I've been spending Sunday Monday and Tuesday with him. I hate leaving him. Perry said to bring him back with me this Tuesday but he wants to wait for your visit.

Yes, we are all very concerned for him. The doctors in Wytheville are likely thinking because he has only a part of a working kidney, he is not a viable candidate for surgery. This is hard to hear, but Doctors cannot fix old age.
It's a very uncomfortable situation, what Will is asking us all to do is let him die at home, as his wife did.
That is a tall order, because we have no idea how long he has left, and he should not be alone.
What is the plan if he does go to Philly and the doctors there say the same thing?
I can get down there by Monday evening and can stay the week if necessary, let's keep talking.

Ok yes
well all the people I spoke with at penn were shocked when I told them what they said in Roanoke. They said they could do surgery but only if he was 99% clogged. I don't understand the 1% being the deciding factor. Penn people were just as puzzled. He is ready and willing to have surgery!

But can they move his appointment up, i guess is the question, in that case.

**EXHIBIT A**

Sat, Oct 9, 5:06 PM

I tried and I'm sure you guys worked it out. I just got off the phone with dad and Perry and Perry said dads going to ride back with you and Perry can bring him the rest of the way here. He will wait till you get there because he shouldn't be alone at night.
Thank you for bringing him and going to see him sooner.

Sat, Oct 9, 6:40 PM

Happy to be there for him

Thank you

Mon, Oct 11, 4:22 PM

Made it to Wytheville! Can you give me some pointers on what has worked in taking care of him, do you just walk close to him in case he falls?

I brought a walker with a chair but if he won't use it ...

Although i think he will find it useful

Ok just make sure when he stands up he doesn't go any for a minimum of a minute.  I brought him a walker too but not with a chair, that might be better because if he goes down he can't catch himself as he also looses control of his arms.  If he starts falling I try to catch him from the front because he goes forward and I can hold him up better.

He has ages years since April!

Yes, very sad

He's practicing with the walker, he seems to like it

He says he hasn't eaten all day, need to address that!

Mon, Oct 11, 6:47 PM

He had a nice salad with a little taco meat, and i brought him some carrot cake

Awesome! There are prepare meals for him in the freezer

**EXHIBIT A**

all portioned out for him.  There is also pork chops in the freezer as well. He loves French toast, well done, pancakes and waffles, he's a breakfast guy like me. Also, there is shoneys buffet, and the the Mexican restaurant.  Not sure how long it's been since he's had pizza but the premade ones at Walmart are good and the Italian place across from food city is good.  Cant recall the name. There is like 10 lbs of bacon in the freezer.  There is beans for chilly. He didn't like my chilly, but I used a flavor packet.  He didn't like the flavor.

There is also ready to eat rice in the cabinet. He hasn't tried it yet but I think he will like it because he eats Mexican. Oh yeah he ate one with me.  I forgot.  The butter and garlic flavored one.  There is also plane rice. Make sure he is eating plenty of fresh fruit. Especially the blue berries.  He needs the antioxidants.
He misses his drs appointment last week. I wanted them to run a infectious disease panel , for Lyme or Rocky Mountain spotted fever.  As well as a covid antibodies test and cd57 test.  That would confirm Lyme.

How long are you staying? So I know when to expect to meet you guys off the turnpike. Or Perry will most likely be there.  I just hope I can be with him to go to penn.

I have not yet been told who where or when i am supposed to be dropping him off to; he said i can stay as long as i want, but the wrinkle is my car just developed an issue on the way down so i need to get it looked at.
What day works for you, or is it Perry? To get ready for work, i need to leave by Friday, Saturday at the latest. I was hoping to do something like a dinner out for his birthday but it will have to be a bit earlier

I mean not on his actual bday

Oh ok if your coming the weekend then I can meet you. Camp hill I thing Perry said is where you go north and we go east on the turn pike.  So that area is good place. I got him the basketball court for his coordination and to keep him busy.  Hard for to play with him because my dog wants the ball lol.  Stay the week enjoy the time with him. I'm here if you need me or have any questions.

**EXHIBIT A**

I am concerabout the sleep apnea but I'm not planning on sleeping in the bed with him, that would be a bit awkward; he says he doesn't want all the worrying.

Concerned

I know. I sleep with him. But he hid my dad.  Makes me like I'm seven again crawling in bed my dad after nightmare.  I bought wedges for the bed. I suggested putting them under the mattress. Because he slept well in the hospital bed. He didn't like sleeping directly on the wedge.  So maybe if you say to put them under the mattress he will listen to you.

Where do the wedges go?

Side? Top?

I am not familiar with using them

Also do you have a suggestion as to what he should pack for his trip to PA, like what for clothes, for how many days, anything in particular to bring besides clothes, meds, toothbrush-?

Wed, Oct 13, 8:50 PM

Hi Kira, Will may have told you we plan to leave here early on Friday. RK checked out my car and it's good to go now. Will is still having episodes of weakness every day, i would have been willing to go tomorrow but he isn't in a hurry and isn't yet packed.

Wed, Oct 13, 11:31 PM

So sorry. I worked later and fell asleep putting Grayson to bed.  Tell him to pack for a week just in case.  And bring tia! The wedges should go under the head of the mattress and a the side that the back of flat against the head board.

Perry and I are working out where to meet Friday. We won't put you off rt or out of your way. I'll send you the location once we map it out.  It will right off the Carlisle exit so you can hop right back on. Then just let us know when you leave.  We will have about 2 hours to the location.  I'm so overwhelmed with ….. I can't put into words what it is but

**EXHIBIT A**

It's beyond appreciation that are there and bring him here. Since he got sick back in April ha just hasn't been the same and then this has just aged him beyond his years. I just pray they can fix him. He still has so much life to live. I can't imagine what if felt like when your mom passed. It was just so unexpected as well which I feel is even more heart breaking. I'm just terrified of loosing him.

Also did a package come yet. Balance of nature and did the discs come from carilian yet. Ok sorry and gnight

Thu, Oct 14, 12:16 PM

I'm on my way oh sorry did that

Thu, Oct 14, 6:01 PM

Sorry I couldn't pick up was on phone

Fri, Oct 15, 1:28 PM

Are you guys on your way to the lawyer's? He only has an hour.

Fri, Oct 15, 2:34 PM

I am so so sorry, i am traumatized too, and needed to just DO something, and since I'm trained as a lawyer that's how i respond, with practicality, i realize it was incredibly insensitive of me and i deeply apologize again. All the stuff is back in the safe.

Fri, Oct 15, 6:29 PM

Had a nap, decided i should go to a hotel after all, not sure where, probably Fairfield Inn; dogs are at the house.

I'm sorry my was dead all day. Thank I appreciate your apology and completely understand being traumatized. I don't know that my composure would be composed. You need to leave!

We got you a salad. A couple to choose from

I just need time to process this. It hurts me that it wasn't me with him. I feel betrayed and abandoned and forgotten and I don't matter or ever did to him! You guys were on

**EXHIBIT A**

and I don't matter or ever did to him! You guys were on pedestals and we were street trash. I feel like Cinderella. And the will and you guys being named it all just makes me feel like a price of shit and I didn't matter and I need to grieve and try to understand why he left me. I know he left everyone but I was his baby girl I was his favorite. I'm angry and hurt just everyone else but for me it's a lot more personal. I'm a mess inside and I don't know where to go from here.

I hear you

Then being at the lawyer when he's barely gone 24 hours out me over the edge I care about my dad not his stuff

I'm like dad in the respect where I just shut down and walk away

The last year and half revolved around him every thing I did was for him to be with him and he left me

I do t meant to hurt your feelings if I did that's not my intention I'm just beyond distraught and can't make sense of it all

Fri, Oct 15, 8:01 PM

Are you coming back. We got 3 different types of salad. I just need time , every where I go I see him.

Yes, that's why i felt i needed to leave, i feel sick looking around at where he should be

Sat, Oct 16, 7:36 AM

I'm at the Sleep Inn, Sandy is coming tomorrow and she asked me to stay, so we will share this room until Weds; but i need clean clothes, so i plan to come back to the house to do laundry. Please let me know what your plans are.

Sat, Oct 16, 9:48 AM

I don't have any plans yet. I'm still trying to makes of it all. You don't have to stay at a hotel.
I need to see the note he left. I need to understand how my dad went from ready to go to pa to what he did.

EXHIBIT A

Everyone I talk to said he was telling everyone he was going to pa to get fixed. They said Wednesday he was fine talking about it. Neighbors said he seemed fine and ready to go

I thought he was too

Although recall he was dropping hints to the contrary, as RK said

I keep replaying everything you told me and I do t understand why you didn't call jayson or RK or me when he started writing the note!

I followed him to pee I never left his side. I knew his every step

I shouldn't have left I didn't should've listen to him not to come

I'm sorry, i never saw the note! The sheriff told me about it.

He asked you to spell arrange!

I would have hashed why what are you doing!

His business

I never left his side.  He couldn't be alone and I left and Perry left and he's dead!!!

Do you know the combination to the safe! It's locked? I went through his office and looked for the money. It's all there. I want to put it in the safe.

Do not lock the safe, no one knows tge combination. I'm glad you found the money, i thought about what you said maybe he moved it

The handle of the safe moves but do not spin the dial if it is closed

When I stop crying and come to terms with this then I will

**EXHIBIT A**

be ready to do something.  I'm not ok! You and Sandy can do whatever you want with your moms stuff.  I don't care. I'm not ready yet. It was locked already. I went to put the money in it and it wouldn't open.

I did not lock it i just closed it

None of us is ok

You think i asked him to shoot himself right in front of me??

No that's not what I'm saying

I don't think at all. I just am so

I just need time to process my brother committed suicide my daddy they left me

I just need time to grieve

I'm so angry at him for what he did he was selfish

He was self-determined

Wanted to be in control

Have you had anything to eat, can i bring you anything?

No thank you

Ok I'll be there in a few minutes

I'm sorry for the mess I'm going to get smokes

No problem I'm walking with the dogs

My laundry is done I'm going back to hotel.

Sat, Oct 16, 4:28 PM

You don't need to stay at a hotel. I'm just grieving in my own way his way I shut down and isolate.  I havnt had time since I got here.
I'm really sorry about the mess. I needed to that.  I knew it

**EXHIBIT A**

I'm really sorry about the mess, I needed to that. I knew it wouldn't hurt the photos and now you can pack them up. I want nothing but his photos alone. I'm sorry again I knew she was your mom and you told me a long time ago time to deal with her on my own, I reached out to you for help. Maybe we should be in therapy together because of her. She hurt me so much and she made me loose years with my dad. I dont know if telling you this helps or not I've been coming here every summer since I was 15. Before I opened my shop I was going to move here, she said oh where are you going to live. You need your own place. Break my heart what she says goes. 5 years later again mention it and I wasn't allowed to come back. What she says goes. I lost so much time with him, my kids my grandson.

Thank you for cleaning up. Again I'm sorry. I spent my dads birthday at the farm at the top of the hill where used to sit and just look at the barn and the farm.

You really don't need to stay at a hotel. We can clean out the other room and we can all be here

Good morning, Kira, I'm hoping to pick up Tia sometime soon, once i get a dog friendly hotel, thank you

Yes for sure. We are going to burka for something decent to wear besides tie dye. And I'm going to ge some poster board to put up more pictures. I could only load 50 and I really wanted to add ever part of his life. His childhood amd family then kids then i to ou mom and then us amd our kids then racing and the animals.

Add I

So if you want to bring some of the photos you guys have to put up to add more visuals to display of his life with you guys and your mom. We can be as early as 4 to set up.

We are going to do cupcakes they have a little coffee room

Sounds good. I want to buy Tia some of the same food she

**EXHIBIT A**

Sounds good. I want to buy Tia some of the same food she is eating, do u know what it is? Will only told me it comes in "a yellow bag."

Also, if you happen to find the harness that matches the peacock feather leash that would be nice, but otherwise i will just use the blue one one the TidyCat bucket. I'd like to pick her up around 2pm if that works for you. Cupcakes and coffee sounds perfect.

Sandy is really jet lagged and having trouble getting going, but she says she will look for photos.

Sandy says how should she send photos she might have on her phone, do you have an email address, or do you want us to print hard copies at Walgreens?

I have a few on my computer as well

Ok I was going to put up hard copies but we can do another video on the computer like I did for your mom

Ok, please tell us what you would like us to do, make hard copies or just send you digital, or should we do both just in case? We have about a dozen pictures we think would be nice. If we make hard copies do you have a size preference? Sorry for all the questions.

No size preference hard copies would be great! I'm going to do a collage a if it goes into a movie in the computer that would great oh I could have a race playing and pics on the easle

I got Tia a harness like Lucy's sort of. It can always go back if u don't like it. I will go look in my car and go look at he shop. I want to grab some trophies

Ok we will get hard copies. Sandy has to check in for her flight, and then we will go do that. We still plan to be at the house at 2pm



Great

I'll probably he back then as well

EXHIBIT A

I'll probably be back then as well

Oh I don't think this is the. Right ring. My dads fingers were fat little sausages lol

Sandy says that's the right ring, the biggest one with the edging that matches Mums. He tried to give them to her when Mum died, so Sandy knows

Oops, she said she may have given you the wrong one after all, maybe she gave you Mum's by mistake



Thinking about blowing this one up. This is the beginning of his legacy

Do you have the two smaller ones? Sandy says she mixed

Do you have the two smaller ones? Sandy says she mixed them up

That's nice

Idk. Bring them anyway

We are still at Walgreens got delayed by technical difficulties with the photos, they will take another half an hour

Ok we're coming to the house now, is someone there?

Perry we are grabbin salad do u want anything

Wed, Oct 20, 8:20 PM

Do you think you guys can stop by the house for a minute before you get on the road. Even if it 2am.

Hi No, I'm sorry, I'm right by the highway and anxious to get back to my husband

Thank you for organizing the memorial

No need to thank me. He was my daddy ya know. I needed it just as much. I go to spend some alone time with him when everyone was gone. Not sure if I'm not at peace but I have some closer.
Just send me your address and sandies. Please
Oh you forgot the tv!!!

Thu, Oct 21, 9:35 AM

Let me know when you get home and keep me posted on tia. I miss her and the house isn't the same. I hope she is ok. She is the best little girl ever. Keep me posted on how she is adjusting to New Hampshire.

She needs a coat. She shivers

Thu, Oct 21, 10:39 AM

She's doing fine, thanks, we are in NY

Ok wow making good time. Send me pics when you get a

**EXHIBIT A**

chance.

Oh and I still need your address. When u get a chance

Thu, Oct 21, 3:09 PM

20 Main Street Exeter Nh 03833. Please send me yours, or are you just moving into the house in Wytheville?

Thu, Oct 21, 6:23 PM

Yes I'm going to rent out my camper for some income for me and work in a Barbor shop a few days a week as well. Thank you. How is she doing. Do you have a yard? I miss her can you me pics please. Hugging her was like hugging a little bit of my dad ya know. I found her rabies papers. I'll send you a pic. Looks like a copy anyway. Unless you have the original. I think I know where the tags are, not sure how laws are there but you need that if you have to register her. One or the other anyway is the law where i lived in bucks county outside the city. They would do random door to door to I force or fine.




**EXHIBIT A**



Thu, Oct 21, 7:31 PM

Hi Kira, thank you, Will and i actually took Tia to the vet the day after i arrived in Wytheville and got her all up to date on her shots and everything. She and i had a very long trip back to nH, and i took her into the shower with me like he used to do. She is sitting next to me on the couch now, we are both missing him and staying close to each other.

**EXHIBIT A**

Kira, it occurs to me that you might have not seen this yet:

Guide to the Administration of Decedents' Estates in Virginia - The Virginia Bar Association
vba.org

Thank you for the rabies cert, I did not have that

Yes I Read that I have been reading since the day my father passed away in the interest of protecting my dads legacy.

Your welcome

Kira, Do you happen to know when Tia's birthday is? I just went thru the records the vet gave me and they say she is five years old but not when her birth date is. Thank you.

Not sure really but yes this year she is five. If I come across anything I'll let you know for sure.

When you get a chance could you send me a list of things in the house that you want to keep. I will start with that as I clean and organize one room at time. Anything in the basement first, not sure if you guys explored it, I'm sure what exactly to do with everything in the storage room so I'm not bothering with that area just yet. Just where the fish tanks are and that room with mattress and boxes.
If I come across anything of importance I will send you photos so you can tell me what to do with it.
Please and thank you
Xoxo for Tia would like some pics of her please and thank you



**EXHIBIT A**



Tia has had a good day. We went for a walk in the woods near a lake, and also stopped at an orchard for apple cider.

Thank you, I did not have time to explore the basement, just a cursory look around, but I cannot imagine there is anything down there I would think was important enough to have shipped. I brought up the ceramic zebra to clean it, because I know its story, but it isn't something I have to have.

Sat, Oct 23, 4:52 PM





Tia's yard

Sat, Oct 23, 8:14 PM

Awesome! Thank you for the pics and keeping somewhat in her life. I really appreciate it. It's not the same here now but I kept Lucy and they are happy together. Tim my sisters man will want her back eventually but shann will bring her back too.
I know nothing of a zebra that I can recall so by all means if it your mums keep it. I dont want to keep anything from you nor Sandy that is part of her. If it has their history together, all I would care to know is the story and a photo. I found a box of my dads photos of his family and childhood and of all of his kids. A photo book of when my niece was a baby and ash was 6 here for a visit.
My prom photo as well as my sisters. I didn't even know he had these. I wish he was here to name my relatives down south. Anyway thank you for the pics give my love to Tia. I miss her absolute cuteness!!

Thu, Nov 4, 9:43 AM

Did you want those books your mom wrote her memoirs in. I told my fam not to put in fire. Also anything in the China cab in the dining? Before we pack it up for good will. We dropped off all the glassware stuff from the basement. To

EXHIBIT A

goodwill. Was just ceramic cats and plates and glasses

Thank you, i would like those journals very much, i would have taken them but was unsure where they were.



Also Walmart had puppy sweaters for 4$

Ok

Thanks, a friend gave us a nice one



**EXHIBIT A**



I got her a nice coat as well

Ok. She will need coats and sweaters for sure. It's much colder there.
Awwwww, I miss her so much. She's the only living thing left from our parents.  She means so much to me too. Hug her and kiss her for me.

I'll let Shannon know if she comes across anymore to put them with the rest. I'll get them out to you.  Some time soon.

Sure will. We are very happy and grateful to have her, and she seems happy with all the attention she gets



**EXHIBIT A**



Tia was very popular at Halloween as well. Everyone in the neighborhood wanted to meet her.

Awesome.  Ladybug!!  I'm happy if she is happy.  She's is such a good girl. Her and nova are the damage age. I just don't remember when tias bday is but nova will be 6 in December. I think 6.
What about the rest of the photos.  Of your grandparents and family.  For your kids maybe. So they can see their history and family. I'm sentimental about that. Especially since my dads family and history is so inviting to see and learn.

Thank you, i am pretty sure we have copies of most if not of all those pictures that are important to us; i am also big into family history.

Those really old black and pictures of some groups of well dressed people i have no idea who they are, probably some political gathering, can just toss those

**EXHIBIT A**

political gathering, can just toss those

Black and white, i meant

Oh, there is a drawing my mother did of her dog, Taffy, when she was young; i think it's on the shelf in the living room, if you could please save that for us, it meant a lot to my extended family, thank you.

Yes we haven't touched that stuff yet.
Oh yeah those giant bnw ones. I figured they had to do with the funeral home? Idk.

Yes that's where they came from but they mean nothing to us

Ok

Tue, Nov 16, 11:26 AM

Hi Kira, how are you holding up?
I am looking forward to the Zoom meeting you mentioned and hearing where things are.
About the TV, I changed my mind about taking it, as I decided I don't want to encourage my kids' video game habit.
Tia is doing great.
I should make a plan to come pick up things that should not be shipped. I hope to have a new car in a few months.
Thank you for all that you are doing to protect my mother's and your father's legacy.

Please let me know if I can be of any help

I'm ok thanks.
Sandy said she didn't want anything from the house. Your mom collected figurines and stuff. What ever is in the curio cabinets, would that be what you are referencing. I havnt done anything with that stuff yet. More so just cleaning out the clutter and trash to see what's left.
There isn't anything of value in the basement. A lot of stuff is contaminated with mold. The fish tanks stuff can be cleaned up. Was going to donate anything left of the craft stuff like the stained glass stuff.
I'm happy to hear Tia is doing well. I miss her little face. The house isn't the same without her.

**EXHIBIT A**

Sandy meant she didn't want any of Mum's mementos or "stuff, especially, as you said, since much of what is left is contaminated with mold; although she did say she wanted Mum's wedding rings, as those are small, and Mum gave her our father's ring, so that means something to her.

The mold is in the basement. There are no valuables there. Just a lot of old clothes and junk and the stained glass stuff, books! A lot of books! Do you want any of the books. Was just going to donate them.

Thank you, but I don't have room for all of them in my house, and it would likely take more time than it is worth to try to sell them, assuming anyone would buy any, so probably best just to donate.

Sat, Nov 20, 12:14 AM



Thu, Dec 16, 1:22 PM

Hi Kira, I hope you are keeping well. Just giving you a heads up that the annual fee for the LLC needs to be paid - you don't want to operate without the liability shield of an entity.


SCC
scc.virginia.gov

If you would send me your email address, it would be easier to send these kinds of things to you as I find them.

Looks like it hasn't been active since 1/31/21. I had that paper on my dad's desk the other day. Thanks I'll take of it right away



**EXHIBIT A**

Hi Kira, I hope this finds you well. Thank you for the heads up about the Vanguard IRAs, I learned that we need to take a required minimum distribution from Joyce's account before December 31, 2021 in order to avoid a pretty hefty tax penalty of 50% of however much you were supposed to withdraw but didn't.

If you haven't already, it would behoove you to call Vanguard and get an account established for Will's portion and get the required minimum distribution ordered asap before Dec 31, to avoid the penalty. Heads up that i had to call three times and was on hold for over an hour each time.

I already took of vanguard and just have to mail them hard copies of the documents they sent me. I'm taking care of it tomorrow. I'm in pa working as well.

Yes, i am sure you are super busy, I didn't mean to imply you did anything wrong, i apologize if my choice of words came across as snarky, i only meant to say that the required minimum distribution needs to happen asap to avoid the tax penalty, although Vanguard told me it may be possible for a tax professional to file an extension on behalf of the estate, if that is any help.

It wasn't taken that way at all just a short response being busy that's all. I don't recall them saying anything about a penalty. Just needing hard copies of documents. I'm working with someone who is helping with the paperwork tomorrow after work and will send the docs priority. The estate has already been set up.

Oh, the pertinent piece of info is that my mother's account is an IRA, and since she was over the age of 70 1/2 she was required by law to take a minimum distribution from it each year (so said distribution would be subject to income tax), and since she was alive during January 2021 the required minimum distribution still has to be taken out by December 31, 2021, or else a tax penalty of 50% of the required minimum distribution will accrue.

**EXHIBIT A**

Each of her beneficiaries has to take their share of the required min distribution

I will call them again tomorrow. They did not know she was dead until I told them. My dad only recently reinstated his online account access on the 12 of October. If I recall the letter correctly. Did you help him with that since you were there?

I'd really like for you to tell me again the events of that day. My mind is clearer now and will be able to absorb it. I have so many questions. Your mom had a heart attack that's pretty cut and dry. I need to know what exactly transpired from the time he woke up! I need to know everything! You hold the answers.

Yes, i helped him reinstate that account, to the extent he needed help, he said he had forgotten the password and i just walked him through getting a new one.

I really don't have the answers, i wish i did, there is so much i wish he could tell us now.

Thu, Dec 23, 8:09 AM

Yes you do have the answers ! You were with him! What exactly happened I want to know everything! Everything you told me the first time but start from the beginning and tell me again! Tell me what happened!

He was my father and I have every right to know! You know how your mother died! Of national causes! My dad did not and you were with him.

Please tell me everything start from the beginning and tell me again!

Put it in an email. My sister and I would like to have an account from that day. You were with him!

From the time he woke up I want every word that was said between you. You never contacted me that day! I messaged you about how long for him to pack for. I never heard from you! I would like an account from that day from the beginning!

**EXHIBIT A**

Put it in an email as text is too long of course. He was my daddy my father my hero my everything and he is gone prematurely. I want to know everything from that day from the beginning

Thu, Dec 23, 9:58 AM

Also did Sandy tell you what I offered you both. I got busy but figured she would fill you in.  Since your mom had stipulated with her ira that you each split half of it, I spoke to my sister when I learned about these accounts and we both agreed we don't want her money. Half would go to my dads estate to then be divided by the the 4 of us. So instead you and Sandy can spilt 100 % of your moms ira and Shannon and I can split my dads money market account.  The attorney said if we are all in agreement with any decision he is fine with it.

Even if we would agree to that, which i see no reason we would, Vanguard is legally required to distribute the shares according to the written orders of the original owners, i.e., Joyce's beneficiary designation, in the case of her account, and Will's will, in the case of his.

All I have to do is sign documents to that agreement.

Dispersing 100% or your moms ira to you and Sandy.

Here is my email so you can tell me what happened that day. Kira.Ferguson01@gmail.com

Everything that was said between you an my dad and everything you told my sister and I. It's just fuzzy because of our state of mind on that day. I need to know what happened and what was said. Please. It's the least you could do for my sister and I since you were with him And the last person to see him alive.  We never got to say our last goodbye or here his voice one more time.

Kira, I am deeply compassionate about your situation-remember that our mother was dead and cremated months before I even got down there, and i have to accept there are parts of that story I will never know.

**EXHIBIT A**

The man I loved as a father put a gun against his chest and pulled the trigger. Only he knows why. This has caused me grief upon grief upon shock and horror.
I hear your pain.
I highly recommend you find a grief counselor to work towards resolution.

Delivered

I want you too tell me as you were with him. You are the only one that knows what happened no councilor was there no o w but you! You let your mother blame a 12 year old for years for something you and your husband did and refused to help me when I asked. She blamed me until she died!! Maybe now you can make up for that by telling what happened to my dad! You have answers regarding how your mom died. Natural causes. Why are you so resistant in telling me again what happened to my dad? You were with him

To get your money from your mothers IRA all you have to do is contact Vanguard give them her birthday her death state her full name last four of your Social Security number can you get your money I just got off the phone with them. Do you want to split half with your sister or do you want to split 100% with your sister and then my sister and I can split our fathers vanguard account. I need to submit the proper documents.
If you really had compassion then you would give me what I want. Not leave me out like you did before. Like a 12 year can drink 7 bottles of crown royal in 2 weeks. I would have died of alcohol poisoning! You don't know what she put me through. I spent time with them all my life. Every year I went to visit my dad and she would verbally attack me. About the same things. You refused to help me then. Why can't you just give me the details of that day! Sit down and write me in an email the account from that day. Word for word! Everything you told
Me and my sister

**EXHIBIT A**