

# WYTHE CO SHERIFF'S OFFICE

Incident #: S21-13805

Reporting Officer: Terry, Chris J

Report Time: 10/14/2021 09:37:28

## Incident

Incident Nature
Suicide Attempted/Successful

Address
225 SANDREL LN
Wytheville, Virginia 24382

Occurred From
10/14/2021 09:37:28

Occurred To
10/14/2021 09:37:28

Received By
Hunley, Terri

How Received
Telephone

Contact
BIELSKI,SUE

Disposition
Active

Miscellaneous Entry

Disposition Date
10/14/2021

Cleared

Judicial Status

Cleared Date

Clearance
Assignment Complete

Cargo Theft Related

Responding Officer(s)
Dixon, Stacy

Dunford, Chris A

Terry, Chris J

Kincer, G Joe

Carter, Joshua F

Blevins, Joshua M

Vaught, Brian W

## Persons

### FERGUSON, WILLIAM S
Victim

Address
225 SANDREL LN
Wytheville Virginia 24382

Phone

DOB

Race
White/Non Hispanic

Sex
M

Ethnicity
Non-Hispanic

Height
5'10"

Weight
160

EXHIBIT C

# Property

## Pistol                                                    **Evidence**

Brand
**Ruger**

Model
**LCP**

Serial Number
**37890087**

Color
**Black**

Quantity
**1**

Total Value
**$0.00**

Measurement

Amount Recovered
**$1.00**

Date Recovered
**10/14/2021**

Status
**Other/None**

Owner
**FERGUSON, WILLIAM S**

## SD Card                                                  **Evidence**

Brand
**"Onn" 32GB**

Model
**Micro SD Cards**

Serial Number

Color

Quantity
**2**

Total Value
**$1.00**

Measurement

Amount Recovered
**$0.00**

Date Recovered

Status
**Other/None**

Owner

## Document                                                 **Evidence**

Brand
**Handwritten**

Model
**Note & Pen**

Serial Number

Color

Quantity
**1**

Total Value
**$1.00**

Measurement

Amount Recovered
**$1.00**

Date Recovered
**10/14/2021**

Status
**Other/None**

Owner
**FERGUSON, WILLIAM S**

## Casing                                                   **Evidence**

Brand
**380**

Model
**Spent Casing**

Serial Number

Color
**Silver**

Quantity
**1**

Total Value
**$1.00**

Measurement

Amount Recovered
**$1.00**

Date Recovered
**10/14/2021**

Status
**Other/None**

Owner
**FERGUSON, WILLIAM S**

**EXHIBIT C**

## Magazine                                    Evidence

Brand
380

Model
6 Rnd Mag

Serial Number

Color
Black

Quantity
1

Total Value
$1.00

Measurement

Amount Recovered
$1.00

Date Recovered
10/14/2021

Status
Other/None

Owner
FERGUSON, WILLIAM S

## Ammunition                                  Evidence

Brand
380

Model
UF Live Rounds

Serial Number

Color

Quantity
4

Total Value
$1.00

Measurement

Amount Recovered
$1.00

Date Recovered
10/14/2021

Status
Other/None

Owner
FERGUSON, WILLIAM S

## Fiber                                       Evidence

Brand
Black Fiber

Model
From Item #1

Serial Number

Color
Black

Quantity
1

Total Value
$1.00

Measurement

Amount Recovered
$1.00

Date Recovered
10/15/2021

Status
Other/None

Owner
FERGUSON, WILLIAM S

## GSR Kit                                     Evidence

Brand
DFS GSR Kit

Model

Serial Number

Color

Quantity
1

Total Value
$0.00

Measurement

Amount Recovered
$0.00

Date Recovered
12/15/2021

Status
Other/None

Owner
FERGUSON, WILLIAM S

**EXHIBIT C**

## Bullet Fragment                                        Evidence

| Brand | Model | Serial Number |
|---|---|---|
| Color | Quantity<br>1 | Total Value<br>$0.00 |
| Measurement | Amount Recovered<br>$0.00 | Date Recovered<br>12/15/2021 |
| Status<br>Other/None | Owner | |

## Clothing                                              Evidence

| Brand | Model | Serial Number |
|---|---|---|
| Color | Quantity<br>2 | Total Value<br>$0.00 |
| Measurement | Amount Recovered<br>$0.00 | Date Recovered<br>12/15/2021 |
| Status<br>Other/None | Owner<br>FERGUSON, WILLIAM S | |

## Narratives

### Original Narrative                      10/15/2021 10:27:36

Narrative by Capt. Dixon

On 10-14-21 i responded to 225 Sandrel Lane in reference to a gun shot wound. When I arrived I saw a female standing in the road. She pointed to a tree just off the road. I saw a male subject holding a towel on the chest of another male. The other male appeared to have been sitting in a chair and it had fallen over backwards. The male on the ground made one gasp for breathe so I told rescue to come on in. The other male said there is a gun under his leg. I looked under his left knee and saw a semi-auto pistol on the ground. I picked it up to secure it and noticed it was jammed with a spent case holding the slide back. Since it was not able to fire, I put it in the front seat of my vehicle and locked the door. I told the male subject he could step away from the injured subject. I lifted the towel up and saw lots of blood coming from the left chest area. I don't think he was breathing at this time. I moved the chair to the side so rescue could work on the subject. I asked the female if she was kin to him. She advised she was his step daughter. I asked her what his name was and she stated Will Ferguson. Rescue and Investigators arrived on scene at this time.

I advised the investigators of the location of the gun and they recovered it from there. I turned the scene over to the investigators.

### Supplemental Narrative            10/19/2021 15:43:02 Carter, Joshua F

**EXHIBIT C**

Case Number: S21-13805(Supplemental)
Incident: Suicide
Reporting Officer: J.F. Carter                    Date Of Report: 10/15/2021

On 14 October 2021 while assisting with the apparent suicide of William Ferguson that occurred on Sandrel Ln in Wythe County. I accompanied Chaplin Don Sunshine into the residence there to speak to the witness Mrs. Susan Bielski. She was sitting at the kitchen table and appeared to still be very upset. When Chaplin Sunshine sat down and introduced himself Bielski immediately began making statements to us.

She began almost immediately with "He planned the whole thing!". She told us that they had spent the day together and spread his wife, her mothers, ashes into the garden that morning. He had talked about the fact that he was miserable since his wife died. That he had talked about wanting to die in his sleep. That he wanted to be spread in the garden with her after he had died. She had tried to distract him from this by talking about his birthday and going out to eat. He continued to talk about his final arrangements and wanting to die. She said she didn't know where the guns were in the house. That she had been trying to make plans with him to take him to Pennsylvania to see a specialist doctor and stay with his daughter that lived there. That he was suffering a blockage in his artery that was causing mini strokes as well as weakness. That the doctors in Roanoke said that there was nothing that could be done for him here. He told her that he had written out checks to Grubb's Funeral Home to take care of his arrangements. He went out and smoked a cigarette saying that it was his last one. He talked about calling the sheriff's department to find the body. Bielski said that when Ferguson was outside he was sitting in a spot where his wife and him had sat a lot. She had gone out to get him to come in and open his birthday gift before they went to lunch. When she went out and saw him sitting in the chair she saw that he had the gun in his hands. He asked him what he was doing and he told her that he didn't know if it would be better to shoot himself in the head or in the heart. While she was standing there he put the gun to his head. She began to fumble for his phone and try to call someone. Then he put the gun to his chest and fired. She called the neighbor telling him that Ferguson had shot himself. Bielski retrieved towels from the house to be put against Ferguson's chest. She called 911 after this. She tried to check for a pulse or to see if he was breathing but was not able to.

After listening to Bielski's statements I asked where Ferguson might have kept these checks that were written out for the funeral home. He said that they would have been in his office and told me where that was. It was the door on the immediate right after entering the house through the front door. When I entered I walked to the desk, There I found a wallet with cash folded in it. A flip cell phone. A single sheet of paper. On the paper was written that day's date, that Susan Bielski was to make final arrangements and signed William Ferguson. There was a black ink pen sitting on the paper. I was unable to locate any checks to the funeral home. After 1stSgt Terry came in and photographed the office we collected the paper and the pen. I also located some medical records and those were photographed as well but left in the office. His phone was not locked so we checked the last call on it and photographed it for his last called number. We also noticed that the office had video monitoring on it. While they didn't know where the video was stored, they believed that it was hooked to his biological daughter's system along with her shop.

After this we cleared the scene and I began to attempt to arrange notification for the biological daughter Kira Ferguson. Using TLO I located her in Bensalem Township in Pennsylvania and made contact with local law enforcement to deliver the news. However after speaking with 1stSgt. Terry about the issue it turned out that she had already been informed about the death of her father. I made contact back with the dispatch I had spoken with and cancelled the notification.

## Supplemental Narrative           **10/14/2021 09:37:00 Terry, Chris J**

ase Number: S21-13805
Incident: Death Investigation (Supplemental Narrative)

**EXHIBIT C**

Victim: William Sandrel Ferguson
225 Sandrel Lane
Wytheville, Virginia 24382

Location: 225 Sandrel Lane
Wytheville, Virginia 24382

Reporting Officer:                      Date of Report:
Investigator First Sergeant C.J. Terry     October 14, 2021

On October 14, 2021, at approximately 09:37 hours 9:37 A.M., Wythe County Central Dispatch received a 9-1-1 call from:

Bielski, Sue - (603) 491-5601

Bielski stated that her step father has shot himself in the chest and is breathing. Bielski advised that her step father still had the gun and was currently gasping for air, but was still alive. Bielski stated that her step father hasn't ever attempted suicide before and that the firearm was a pistol (Hand-gun).

Bielski was asked by Central Dispatch, if possible, to safely remove the firearm away from the subject. It was stated that the firearm was right next to the subject and they didn't want to touch it. The neighbor now on scene, advised that the gun action is currently open.

The Wythe County Sheriff's Office and Wytheville Fire and Rescue were dispatched to the scene located at 225 Sandrel Lane in Wytheville; Virginia located in the County of Wythe. Due to the nature of this call, myself, and other members of the Wythe County Sheriff's Office Criminal Investigation Division responded to the scene as well.

Captain S. Dixon was the first Wythe County Sheriff's Office Deputy on-scene at approximately 0945 hours prior to Wytheville Fire and Rescue, as they were in staging until the scene was deemed safe. Captain S. Dixon arrived on scene at 225 Sandrel Lane and observed the following:

A Female standing in the road, whom was later identified as the 9-1-1 caller, Susan Bielski. Bielski directed Captain Dixon towards a tree just off the roadway across from the residence. Captain Dixon observed a male subject, whom was later identified as Jason Welter holding an orange towel on the chest of another male, whom was later identified as the decedent, William Sandrel Ferguson. Captain Dixon observed the decedent Mr. Ferguson lying on the ground still partially in the sitting position with a blue chair still partially underneath him. The decedent, Mr. Ferguson made one gasp for air and Captain Dixon summoned for Wytheville Fire and Rescue to proceed to the scene. Mr. Welter advised Captain Dixon that there was a firearm under Mr. Ferguson's leg.

Captain Dixon then recovered a semi-auto pistol under Mr. Ferguson's left knee and on the ground. Captain Dixon observed that the firearm appeared to be jammed with a spent casing holding the slide back. Captain Dixon secured the firearm in his locked patrol vehicle as he had found it. Captain Dixon advised Mr. Welter to step away and Captain Dixon lifted up the orange towel to observe large amounts of blood coming from the decedent's, Mr. Ferguson's chest area. Captain Dixon removed the chair from near the decedent, Mr. Ferguson so

**EXHIBIT C**

Wytheville Fire and Rescue could render aid. Prior to moving the chair, Captain Dixon took a single photograph of how the decedent, Mr. Ferguson was positioned prior to Wytheville Fire and Rescue arriving on scene, for documentation purposes. This photograph will be attached to the report/case file.

I your reporting Investigator and other members of the Wythe County Criminal Investigations Division arrived on scene at approximately 0950 hours. I immediately began taking photographs as I was just ahead of Wytheville Fire and Rescue. I observed the following:

A white male lying just off the roadway on his left side. Lying on top of the male subject was an orange towel. Lying to the subject's left side was a multi color stripped towel. Lying to the right of the subject was an unknow white powdery substance in the grass. The subject was wearing the following:

Gray black shoes with black and green laces (x2)
Shite socks (x2)
glasses
Gray pants
Brown Belt
Orange shirt
Long sleeve black with white and gray stripes flannel

Wytheville Fire and Rescue rendered aid to the subject. It didn't appear by our arrival and Wytheville Fire and Rescue's arrival the subject wasn't breathing. The subject was pronounced deceased by Wytheville Fire and Rescue Paramedic, Justin Campbell at approximately 0950 hours.

Person's on-scene upon first responders' arrival:

William S. Ferguson, Decedent
225 Sandrel Lane
Wytheville, VA 24382

Susan Bielski, Decedent's step-daughter - 9-1-1 Caller
6 O'Neil CT
Exeter, NH 03833
Phone # (603) 491-5601

Jason Douglas Welter, Decedent's Neighbor - Witness after the fact
219 Wye Road
Wytheville, VA 24382
Phone # (610) 972-4680

I spoke first with the neighbor identified as Jason Douglas Welter. Mr. Welter stated the following:

-       Mr. Welter stated that he was a neighbor and friend of Mr. Ferguson's
-       On this date Mr. Welter stated that he had received a phone call from Mr. Ferguson's step-daughter identified as Susan Bielski. Mr. Welter stated that Susan Bielski advised him that Mr. Ferguson had shot himself. Mr. Welter stated that he then advised Susan Bielski to call 9-1-1. Mr. Welter stated that Susan Bielski was on the phone with 9-1-1 when get down to Mr. Ferguson. Mr. Welter lives in close proximity and just drove his UTV down to Mr. Ferguson's residence.
-       Mr. Welter stated that Mr. Ferguson was lying on the ground with a pistol under his left knee and that he was gasping for air.
-       Mr. Welter stated that Susan Bielski was on the phone with 9-1-1 , but she was also able to provide him with some towels from inside the residence.

**EXHIBIT C**

- Mr. Welter stated that he rendered aid for Mr. Ferguson by taking the towels provided by Susan Bielski and applying pressure to his chest wound.
- Mr. Welter stated that he done this until Captain Dixon had arrived on scene.
- Mr. Welter stated that Captain Dixon collected the firearm and took over, so he had stepped away.
- Mr. Welter stated that Mr. Ferguson's step daughter was Susan Bielski and she resided in New Hampshire, but had recently came in to town.
- Mr. Welter stated that Mr. Ferguson's wife and Susan Bielski's biological mother is Dr. Joyce Dunan

Attachments: Captain Dixon, (1) photograph of decedent.

## Supplemental Narrative        10/15/2021 00:00:00 Terry, Chris J

Case Number: S21-13805
Incident: Death Investigation (Supplemental Narrative)

Victim: William Sandrel Ferguson
225 Sandrel Lane
Wytheville, Virginia 24382

Location: 225 Sandrel Lane
Wytheville, Virginia 24382

Reporting Officer:
Investigator First Sergeant C.J. Terry

Date of Report:
October 15, 2021

On October 15, 2021 in the evening hours, I your reporting Investigator met with the decedents, biological daughter Kira Ferguson at the Wythe County Sheriff's Office located at 245 South Fourth Street in Wytheville, Virginia in reference to digital evidence.

Located in the decedent's residence at 225 Sandrel Lane in Wytheville, Virginia were cameras that had stored video/audio recordings on removable storage mediums commonly referred to as (SD Cards). I met with Kira Ferguson outside the Sheriff's Office near the roadway by the sally port and obtained the following items of evidence:

2 - Micro SD Cards

The SD Cards were requested for a continuation of what I had already observed and downloaded via the camera's application, earlier in this investigation. A Wythe County Sheriff's Office Receipt for Property was completed and will be attached to the case file. The data contained within these SD Cards will be copied and reviewed on copies of the files, to remain the integrity of the originals. The originals will be stored as evidence and labelled as Item # 200.

**EXHIBIT C**

Attachments:     Wythe County Sheriff's Office, Receipt for Property
                 (2) Micro SD Cards

                 Copies of the digital video/audio files

## Supplemental Narrative     11/19/2021 00:00:00 Terry, Chris J

Case Number: S21-13805
Incident: Death Investigation (Supplemental Narrative)

Victim: William Sandrel Ferguson
        225 Sandrel Lane
        Wytheville, Virginia 24382

Location:  225 Sandrel Lane
           Wytheville, Virginia 24382

Reporting Officer:                    Date of Report:
Investigator C.J. Terry               November 19, 2021

On November 19, 2021, the Commonwealth of Virginia Department of Health, Office
of the Chief Medical Examiner (Western District) located at 6600 Northside High
School Road in Roanoke, Virginia concluded a report of investigation. The
Report of Investigation and Report of Autopsy were mailed to the Wythe County
Sheriff's Office for my review. I have reviewed the aforementioned pathology
reports and note the following facts:

Autopsy Case Number: W2021-97931

Decedent : William Sandrel Ferguson
           SSN: ▮▮▮▮▮▮▮
           Home Address: 225 Sandrel Lane
           Wytheville, Virginia 24382
           Age: 75 YOA DOB: ▮▮▮▮▮▮ Sex: Male
           Race: White Marital Status: Widowed

Medical Examiner Authority: Violent or Unnatural

Last Known alive: 10/14/2021 - By: Susan Bielski, Stepdaughter

Examination of body: 10/15/2021 - By: Dr. Eli Goodman, Pathologist

Cause of death: Gunshot Wound of the Torso

Manner of Death: Suicide

Summary of Circumstances: According to investigators, this 75-year-old white
male was found by stepdaughter with an apparent self-inflicted gunshot wound to
the chest. 911 was summoned with police and rescue responding. The decedent

**EXHIBIT C**

was pronounced at the scene. A .380 handgun was found under the decedent's knee. The decedent was recently widowed and he stepdaughter had spread his wife's ashes at the very site this morning.

The autopsy demonstrated a contact range penetrating gunshot wound of the torso that resulted in a lethal injury of the heart and left lung with resultant massive internal bleeding. The entrance wound was present on the left side of the chest and demonstrated a muzzle abrasion with embedded soot, indicative of contact range.

The location of the wound, range of fire scene investigation, and history are consistent with a manner of suicide.

Clothing/Personal Property: The decedent is wearing sneakers x2, socks x2, pants, a belt, briefs, a long sleeve shirt with a full thickness defect in the left chest, and a t-shirt with a full thickness defect in the left chest. The shirts with defects are receipted as evidence. Accompanying the boy are upper and lower dentures and a dime.

Radiology: X-ray of the torso demonstrate foreign radiopacities corresponding to a recovered projectile and unrecovered projectile fragments.

History: Suicide, Self-inflicted gunshot wound.

Contact range penetrating gunshot wound of the torso:

Entrance: On the left chest, center 20-1/4 inches from the top of the head and 1-3/4 inches left anterior midline, is a ½ inch round gunshot entrance wound with a circumferential symmetrical 1/16 inch marginal rim of the abrasion with focal embedded soot. A muzzle abrasion surrounds the wound measuring ½ inch in greatest dimension at the 6 o'clock position.

Wound path: The bullet created a hemorrhagic wound path through the skin and subcutaneious soft tissues to perforate the left antermedial 5th-7th ribs, pericardium, heart (left ventricle, interventricular septum, right ventricle, distal right coronary artery), lower lobe of the left lung, diaphragm, left upper lobe liver, and the left upper posterior peritoneal wall. Associated injuries include 1200 ml of left hemothorax.

Projectile: Recovered withing the deep soft tissue of the left upper back is a gray cylindrical projectile fragment consistent with a frangible round. Numerous minute fragments observed on x-ray were not identified.

Direction: The direction of wounding is from front to back, downward, with no significant left/right deviation.

Disposition of Evidence:

| Type | Recipent |
| --- | --- |
| Chest bloodx4, vitreous, urine | OCME (hold) |
| GSR Kit, projectile, shirts and defects | Investigator |
| Clothing and personal effects | Funeral Home |

Attachments:    Report of Investigation (2 pages)

Report of Autopsy (5 pages)

**EXHIBIT C**

**EXHIBIT C**