**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division**

| | |
|---|---|
| KIRA FERGUSON, individually and as Executrix of the ESTATE OF WILLIAM S. FERGUSON, DECEASED, and SHANNON FERGUSON, in her own right, <br><br> Plaintiffs, <br><br> v. <br><br> SUSAN DOONAN BLACKWELL, <br><br> Defendant, | Civil Action No. 1:23-cv-00032 |

**DEFENDANT SUSAN DOONAN BLACKWELL'S
<u>MOTION TO CORRECT PREVIOUSLY FILED MOTION TO DISMISS</u>**

Defendant Susan Doonan Blackwell ("Blackwell"), by counsel, hereby moves this Court to amend her previously filed Motion to Dismiss [ECF 37] ("the Motion"). After the Motion was filed, Counsel for Defendant realized that the as-filed version included a typographical error preceding the caption. Counsel regrets this oversight and wishes to correct the filed version of the Motion. Counsel has attached a proposed, corrected version of the Motion which removes this typographical error. The revisions to the Motion do not affect its substance and simply remove the extraneous, irrelevant words that were inadvertently included on the caption page. Therefore, Defendant asks the Court to replace the document currently filed as ECF 37 with the version attached as Exhibit A.

**SUSAN DOONAN BLACKWELL**

By: /s/ SR Pollock

Kathleen McCauley, Esquire (VSB # 39028)
Stewart R. Pollock, Esquire (VSB # 92466)
MORAN REEVES & CONN PC

1211 E. Cary Street  
Richmond, Virginia 23219  
Telephone: (804) 421-6250  
Facsimile: (804) 421-6251  
kmccauley@moranreevesconn.com  
spollock@moranreevesconn.com  
*Counsel for Susan Doonan Blackwell*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2024 a true and accurate copy of the foregoing *Motion to Correct the Previously Filed Motion to Dismiss* was filed electronically on the Western District of Virginia Document Filing System (CM/ECF), served by electronic mail (PDF attachment) and by U.S. mail, postage prepaid, to counsel for plaintiff and served upon all other counsel of record via electronic mail (PDF attachment) as follows:

> Flux J. Neo, Esquire (VSB # 78873)
> Flux J. New Law Firm, PLLC
> P.O. Box 188
> Tazewell, Virginia 24651
> Telephone: (276) 988-7996
> Facsimile: (276) 644-2622
> Office@NewLaw1.com
> *Counsel for Plaintiff*
>
> Mary Lynn Tate (VSB # 92466)
> Tate Law PC
> P.O. Box 807
> 211 W. Main St.
> Abingdon, VA 24212
> Phone: 276-628-5185
> Fax: 276-628-5045
> Email: mltate@tatelaw.com
> *Counsel for Plaintiff*
>
> Gerard K. Schrom, Esquire (VSB # 39282)
> Schrom and Schaffer, P.C.
> 4 West Front Street
> Media, Pennsylvania
> Telephone: (610) 565-5050
> Facsimile: (610) 565-2980
> gschrom@schromandshaffer.com
> *Pro Hac Vice Counsel*

                                                        **SUSAN DOONAN BIELSKI**

                                                        By: _/s/ SR Pollock_____

                                                        Kathleen McCauley, Esquire (VSB # 39028)
                                                        Stewart R. Pollock, Esquire (VSB # 92466)

MORAN REEVES & CONN PC
1211 E. Cary Street
Richmond, Virginia 23219
Telephone: (804) 864-4832
Facsimile: (804) 421-6251
kmccauley@moranreevesconn.com
spollock@moranreevesconn.com
*Counsel for Susan Doonan Blackwell*