CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

July 23, 2024

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

**TATE LAW PC**

P. O. Box 807
Abingdon, Virginia 24212          T 276-628-5185   F 276-628-5045

Mary Lynn Tate

July 23, 2024                     VIA EMAIL

The Honorable James P. Jones
104 Federal Building & United States Court House
180 West Main Street
Abingdon, Virginia, 24210

    Re: Kira Ferguson and Shannon Ferguson v Susan Doonan Blackwell
        1:23 cv 00032 JPJ-PMS

Dear Judge Jones:

    The administrator of the Estate of William S. Ferguson, Tara Adams, CPA, has let us know through her counsel that she needs approximately 30 days to complete due diligence to determine whether the Estate will proceed with this action. We respectfully request such extension or stay on behalf of Kira and Shannon Ferguson.

    Defendant's Position:

    "Defendant agrees that Kira Ferguson does not have standing and that she cannot proceed with the case unless and until Tara Adams agrees to pursue it on behalf of Mr. Ferguson's Estate. For this reason and in the interests of judicial economy, Defendant does not oppose Plaintiff's request for an extension and/or stay to permit Ms. Adams time to decide whether to pursue or dismiss this action."

    If you have any further questions please feel free to contact me at 276-608-9185.

                              Very truly yours,

                              *Mary Lynn Tate*
                              Mary Lynn Tate

MLT/akl
CC: Gerard Schrom, Stewart Pollock