CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

August 26, 2024

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

# TATE LAW PC

P. O. Box 807
Abingdon, Virginia 24212          T  276-628-5185    F  276-628-5045

**Mary Lynn Tate**

August 26, 2024                                      VIA EMAIL

The Honorable James P. Jones
104 Federal Building &United States Court House
180 West Main Street
Abingdon, Virginia, 24210

> Re: Kira Ferguson and Shannon Ferguson v Susan Doonan Blackwell
> 1:23 cv 00032 JPJ-PMS

Dear Judge Jones:

The administrator of the Estate of William S. Ferguson, Tara Adams, CPA, has let us know through her counsel that she needs approximately 7 more days to complete due diligence to determine whether the Estate will proceed with this action. We respectfully request that the stay be extended through and including September 3, 2024 on behalf of all parties, the Administrator and all counsel.

If you have any further questions please feel free to contact me at 276-608-9185.

Very truly yours,

*Mary Lynn Tate*
Mary Lynn Tate

MLT/akl
CC: Gerard Schrom, Stewart Pollock, Tara Adams, counsel