CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

September 04, 2024

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

# TATE LAW PC

P. O. Box 807
Abingdon, Virginia 24212        T  276-628-5185   F  276-628-5045

**Mary Lynn Tate**

September 3, 2024                                                    VIA EMAIL

The Honorable James P. Jones
104 Federal Building & United States Court House
180 West Main Street
Abingdon, Virginia, 24210

Re: Kira Ferguson and Shannon Ferguson v Susan Doonan Blackwell
1:23 cv 00032 JPJ-PMS

Dear Judge Jones:

The administrator of the Estate of William S. Ferguson, Tara Adams, CPA, let us know on Friday August 30 through her counsel that she declines the role of Administrator under Va. Code §8.01-50 for the purpose of bringing the wrongful death claim now stayed by your order of August 27, 2024.

I respectfully request that the stay be extended through Friday, September 13, 2024 for the qualification of an administrator under Va. Code §8.01-50 on behalf of the Plaintiffs.

If you have any further questions please feel free to contact me at 276-608-9185.

Very truly yours,

*Mary Lynn Tate*
Mary Lynn Tate

MLT/akl
CC: Gerard Schrom, Stewart Pollock
 *felicia*