# CERTIFICATE/LETTER OF QUALIFICATION
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 6.2-893, 6.2-1171, 6.2-1365, 6.2-1367, 64.2-2011, 64.2-506, 64.2-607

Court File No. **240000188**

**Wythe County** Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on **September 5, 2024**
DATE

**THOMAS M JACKSON JR** ,
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this court, under applicable provisions of law, as **Administrator** under Va. Code § 8.01-50 of the estate of

**WILLIAM FERGUSON**
☒ DECEASED ☐ MINOR ☐ INCAPACITATED

The powers of the fiduciary(ies) named above continue in full force and effect.

**$500.00** bond has been posted.

Given under my hand and the seal of this Court on

**September 5, 2024**
DATE

**JEREMIAH E MUSSER** , Clerk

by _____, Deputy Clerk

FORM CC-1625 MASTER 10/12