CLERK'S OFFICE U.S. DISTRICT. COURT
AT ABINGDON, VA
FILED

SEP 16 2024

LAURA A. AUSTIN, CLERK
BY: K. Campbell
DEPUTY CLERK

# SEALED

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

THOMAS M. JACKSON, JR. ESQ.   )
as Administrator of the Estate   )
of WILLIAM S. FERGUSON, dec.   )
for purpose of this action,   )
   )
  Plaintiff,   )
   )
v.   )      **Case No.: 1:23-cv-00032-JPJ-PMS**
   )
SUSAN DOONAN BLACKWELL, f/k/a )
   )
  SUSAN DOONAN BIELSKI,   )
   )
   )
Defendant.   )

## PLAINTIF'S' MOTION TO SEAL and STRIKE THE EX PARTE "NOTICE" [ECF 49] FILED BY NON-PARTY TARA ADAMS AND TO SEAL THIS MOTION

Plaintiff, by counsel respectfully files this Motion to Seal and to Strike the "NOTICE" filed in this matter by an attorney for nonparty Tara Adams and also to seal this Motion for the reasons that follow:

The NOTICE includes this commentary on plaintiff's evidence:

On behalf of Tara Adams, Administrator of the Estate of William Ferguson, we wanted to update you in advance of the weekend. We appreciate your patience as Ms. Adams, in conjunction with this firm, conducted an independent investigation of the allegations in the existing amended complaint and considered the merits of taking over as the plaintiff in Case No. 23-cv-32 (W.D. Va.). *This investigation included, but was not limited to, interviewing the key witnesses identified in the complaint and elsewhere in the investigation; reviewing the material sent by plaintiffs' counsel including the police report and autopsy report; obtaining and reviewing the remaining evidence at the Wythe County Sheriff's Office; reviewing extensive video evidence from cameras inside the Ferguson residence; and assessing the parties' legal arguments as expressed to us and Virginia law and statutes regarding the same.*

*Having conducted this investigation,* Ms. Adams *declines* to substitute herself as Plaintiff in the above-listed lawsuit or consent to representation by plaintiffs' counsel in her role as Administrator. (Emphasis added.)

And "she made an informed decision based on the facts available to her."

The NOTICE discloses confidential work product and evidence of the Plaintiff's counsel shared on condition of confidentiality.

The NOTICE announces publicly that lawyers have investigated all the available evidence and do not find a case.

2

The NOTICE announces that Tara Adams "declines" to qualify for the purpose of bringing the lawsuit because she investigated and "made an informed decision based on the facts available to her."

The NOTICE announces that Adams has the authority to decide on her own whether there is case against one of the 4 beneficiaries brought by 2 of them, of the estate she is managing. This fact alone should have triggered her observation that there was a conflict among the beneficiaries requiring her decline without an "investigation."

Ms. Adams and her counsel appear to believe that their decision ends the plaintiffs wrongful death case. It does not. Virginia's statutory structure makes specific provision for the qualification of an administrator for the sole purpose of bringing such a suit in Va Code 8.01-50. No authority gives Ms. Adams to prohibit the prosecution of the death claim.

As the Court may recognize, Ms. Adams previously qualified in Wythe County Va., as the Administrator of the Estate of William S. Ferguson. She did not however qualify for the purpose of filing this wrongful death claim on behalf of the decedent's two biological daughters. She was aware of this pending case, was provided the complaint and discussed the case with Virginia counsel for the two heirs, also beneficiaries of Mr. Ferguson's estate. She was aware that the defendant in the case is one of two stepdaughters of Mr. Ferguson, also beneficiaries of the estate.

3

Without consultation with the Ferguson beneficiaries' counsel, Ms. Adams chose to engage estate counsel for the purpose of "due diligence" prior to making her decision whether to qualify as administrator for the wrongful death case, notwithstanding the fact her existing role made her a fiduciary for all 4 estate beneficiaries.

Counsel for plaintiff here learned of the investigation from Ms. Adams' counsel. Mr. Rottenborn demanded that the "due diligence" required he be given all evidence and witnesses thus far developed by the Ferguson sisters' counsel. Reluctantly and only after he and Adams agreed that all material of every type provided would be kept strictly confidential, was evidence shared.

The **NOTICE** filed here is a breach of the confidentiality sought and given by Adams and Rottenborn to counsel for Kira and Shannon Ferguson. In fact the **Notice** filed in a public record is a message to the world and to opposing counsel that there is no case.

An administrator qualified as Ms. Adams has no authority to make judgments, disclose confidential evidence, their assessment of the evidence or become the only judge and jury in these circumstances.

Apart from the specific statute, both Virginia and the United States have Constitutional provisions guaranteeing individuals access to the Courts. This administrator cannot negate that right in these circumstances.

The plaintiff requests that the NOTICE and this motion be sealed permanently or at least until the final termination of this case, subject to the further order of the court.

**PLAINTIFF**

**BY COUNSEL**

/s/ Mary Lynn Tate

Mary Lynn Tate, Esq. (VSB # 16085)

Tate Law PC

P.O. Box 807

211 W. Main St. Abingdon, VA 24212

Phone: (276) 628-5185

Fax: (276) 628-5045

Email: mltate@tatelaw.com


Gerard K. Schrom, Esquire Schrom, Shaffer & Botel, P.C.

4 West Front Street

Media, PA 19063

Phone: (610) 565-5050

Fax: (610) 565-2980

gschrom@schromandshaffer.com Co-Counsel for Plaintiffs


Certificate of Service

I hereby certify that on this 16THth day of SEPTEMBER, 2024, a copy of the foregoing PLAINTIFF'S MOTION To SEAL THE EX PARTE NOTICE AND THIS MOTION has been emailed to opposing counsel below and the original delivered to the court.


Kathleen McCauley, Esquire (VSB # 39028)

5

Stewart R. Pollock, Esquire (VSB # 2466)

MORAN REEVES & CONN PC

1211 E. Cary Street Richmond, Virginia 23219

Telephone: (804) 864-4832

Facsimile: (804) 421-6251

kmccauley@moranreevesconn.com

spollock@moranreevesconn.com

Counsel for Susan Doonan Blackwell, a/k/a Susan Doonan Bielski


/s/ Mary Lynn Tate