UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

Kira Ferguson, et al.

                    Plaintiffs,

    v.                                              Case No. 1:23-cv-00032

Susan Blackwell

                    Defendant.

**MOTION TO SEAL**

Non-party Tara Adams, CPA, Administrator of the Estate of William S. Ferguson (the "Estate") files this motion to seal her response to Plaintiffs' sealed motion filed on September 16, 2024. (Dkt. 52). The grounds for sealing are as follows: the Court has kept Plaintiffs' motion sealed and has sealed Ms. Adams's September 12 notice. *See* Dkt. 54. Ms. Adams wishes to respond to Plaintiffs' motion to correct the record on certain factual and legal misstatements therein. Responding to Plaintiffs' motion will necessarily involve discussing the contents of Plaintiffs' motion and Ms. Adams's notice. Thus, while Ms. Adams does not believe there is anything in her response that would otherwise merit sealing, she files this motion out of an abundance of caution so that she does not disclose the contents of other documents the Court has sealed.

Ms. Adams does not seek to seal Exhibit A to her response and expressly requests that this exhibit remain unsealed. It is a letter from the Wythe County Circuit Court Clerk noting that the certificate of qualification for Thomas Jackson is void. There is no basis to seal this letter, and as

Administrator of the Estate, Ms. Adams needs to be able to share this letter if Mr. Jackson seeks

to take action in contravention of her authority.

For the reasons stated above, Ms. Adams requests that the Court seal her response to Dkt.

52 for the shortest duration the Court deems appropriate.

Dated: September 23, 2024

/s/ J. Benjamin Rottenborn
J. Benjamin Rottenborn (VSB # 84796)
ben.rottenborn@wrvblaw.com
WOODS ROGERS VANDEVENTER BLACK PLC
P.O. Box 14125
Roanoke, VA 24038-4125
Phone: (540) 983-7600
Fax: (540) 983-7711

*Counsel for Non-party Tara Adams,*
*Administrator*

**Certificate of Service**

I certify that I have filed the above document using the Court's CM/ECF system, which will serve a copy on all counsel of record.

/s/ J. Benjamin Rottenborn