UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

Kira Ferguson, et al.

                        Plaintiffs,

        v.                                           Case No. 1:23-cv-00032

Susan Blackwell

                        Defendant.

**PROPOSED ORDER REGARDING MOTION TO SEAL**

Non-party Tara Adams, CPA, Administrator of the Estate of William S. Ferguson (the "Estate") has filed a motion to seal her response to Plaintiffs' sealed motion filed on September 16, 2024.  (Dkt. 52).

Because this response addresses other documents (Dkt. 49 and 52) that the Court has sealed, the Court finds good cause to seal this response until further order of the Court.  The Court specifically orders that Exhibit A to the response is not sealed because it is a communication from the Wythe County Circuit Court Clerk's office.

        SO ORDERED:

                                    _____
                                    United States District Judge