CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
September 25, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

Kira Ferguson, et al.

    Plaintiffs,

v.

Susan Blackwell,

    Defendant.

Case No. 1:23-cv-00032

## ORDER REGARDING MOTION TO SEAL

Non-party Tara Adams, CPA, Administrator of the Estate of William S. Ferguson, ("Estate"), has filed a motion to seal her response to Plaintiffs' sealed motion filed on September 16, 2024. (Docket Item No. 52).

Because this response addresses other documents, (Docket Item Nos. 49 and 52), that the court has sealed, the court finds good cause to seal this response until further order of the court. The court specifically orders that Exhibit A to the response is not sealed because it is a communication from the Wythe County Circuit Court Clerk's office.

**ENTERED:** September 25, 2024.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE