SEALED

FILED IN THE CLERK'S OFFICE
OF THE CIRCUIT COURT OF THE
WYTHE CIRCUIT COURT
DATE: 10/03/2024 16:22:08

## VIRGINIA: IN THE CIRCUIT COURT OF WYTHE COUNTY

JEREMIAH MUSSER , CLERK
TESTE: _____
CLERK/DEPUTY CLERK

**IN RE: THE PROBATE ESTATE OF DECEDENT WILLIAM S. FERGUSON**

CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
October 4, 2024
LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

**THOMAS M. JACKSON, JR. ESQ.**
as Administrator of the Estate
of Wm. S. FERGUSON, dec., for
Sole Purpose Wrongful Death
Action §8.01- 50; and

**CWF 24-188**

**KIRA FERGUSON**
and
**SHANNON FERGUSON**

**PETITION FOR REVIEW**
**SUBSTITUTION ADMINISTRATOR**

Petitioners,
v.

and

**JEREMIAH MUSSER,**
as **CLERK OF CIRCUIT COURT**

Respondent.

**MOTION FOR INJUNCTION**
**PROTECT CONFIDENTIAL**
**INFORMATION**

Petitioners respectfully request that the Clerk's order declaring his appointment and qualification under §8.01-50 for the sole purpose of prosecuting the wrongful death action on September 5, 2024 for Thomas Jackson to be VOID, be reviewed and reversed or other appointments made under these unusual circumstances. Clerk's letter September 20, 2024, with its Ex. attached as Ex. 1.

## MOTION TO SEAL

Petitioners request that this Petition be sealed permanently or at least until the final termination of the federal case, subject to the further order of the court