SEALED

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED
OCT 08 2024
LAURA A. AUSTIN, CLERK
BY: K. Campbell
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | |
|---|---|
| KIRA FERGUSON AND SHANNON FERGUSON, Beneficiaries of the Estate of WILLIAM S. FERGUSON, dec. ) ) ) ) ) ) ) Plaintiffs ) ) v. ) ) SUSAN DOONAN BLACKWELL, f/k/a ) ) SUSAN DOONAN BIELSKI, ) ) ) Defendant. ) | Case No.: 1:23-cv-00032-JPJ-PMS |

## PLAINTIF'S' RESPONSE IN SUPPORT OF MOTION TO SEAL and STRIKE THE "NOTICE" [ECF 49] FILED BY NON-PARTY TARA ADAMS AND TO SEAL THIS MOTION

Notwithstanding any argument made by counsel for Tara Adams, the Administrator of the Estate of William S. Ferguson, regarding the scope and breadth of the powers of that position, with which we largely disagree, there is no reason to permit the "Notice" regarding the opinions and conclusions made by Adams to remain in this Court file.

The views expressed by Adams and published here and in other places by Adams and her attorney are a breach of her fiduciary duties owed the heirs and beneficiaries of William S. Ferguson as the administrator of the estate.

Adams and her counsel's overreaction and hyperbole to a simple sentence from the Plaintiffs' counsel stating the fact that Adams had declined to prosecute this wrongful death case, however inartful, was not "misleading and inaccurate." The Court and other counsel had no difficulty understanding the fact expressed.

The filing of the "Notice" greatly exceeds any fault in that factual communication and appears to have provided Adams and her Counsel a forum to be judge and jury in a matter not encompassed by the role of Administrator of an estate, to the detriment of those to whom they owe trust and confidentiality.

The "Notice" also breaches Adam's promise "not to make a separate filing in the suit unless required or requested by the Court. Nothing was required or requested.

This breach of their fiduciary duties has compromised the Ferguson daughters' claims in this matter and must not be allowed to continue.

These Plaintiffs also file with this document the Amended Petition for Review filed in the Circuit Court of Wythe County regarding the prosecution of this matter. Ex. 1.

The Petition also discusses the very broad powers of the Circuit Court in similar circumstances including additional or multiple appointments.

For these and the reasons detailed in the Motion to Strike the "Notice" plaintiffs respectfully request it be stricken from this Court file and Record.

**PLAINTIFFS**
**BY COUNSEL**

*Mary Lynn Tate*
_____
Mary Lynn Tate, Esq. (VSB # 16085)

Tate Law PC

P.O. Box 807

211 W. Main St. Abingdon, VA 24212

Phone: (276) 628-518

Email: mltate@tatelaw.com

Gerard K. Schrom, Esquire Schrom, Shaffer & Botel, P.C.

4 West Front Street

Media, PA 19063

Phone: (610) 565-5050

Fax: (610) 565-2980

gschrom@schromandshaffer.com Co-Counsel for Plaintiffs

## Certificate of Service

I hereby certify that on this 8th day of October, 2024, a copy of the foregoing has been emailed to opposing counsel below and the original delivered to the court.

Kathleen McCauley, Esquire (VSB # 39028)

Stewart R. Pollock, Esquire (VSB # 2466)

MORAN REEVES & CONN PC

1211 E. Cary Street Richmond, Virginia 23219

Telephone: (804) 864-4832

Facsimile: (804) 421-6251

kmccauley@moranreevesconn.com

spollock@moranreevesconn.com

Counsel for Susan Doonan Blackwell, a/k/a Susan Doonan Bielski

And Ben Rottenborn, counsel for Tara Adams

/s/ Mary Lynn Tate

*Mary Lynn Tate*