# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

**KIRA FERGUSON, ET AL.**

**vs.**

**SUSAN BLACKWELL**

Action No:   1:23CV32

Date:   10/9/2024

Judge:   James P. Jones

Court Reporter:   Cynthia Bragg, OCR

Deputy Clerk:   Felicia Clark

Plaintiff Attorney(s)

Mary Lynn Tate
Gerard Schrom via Teleconference

Defendant Attorney(s)

Stewart Polluck
Ben Rottenborn, representing Tara Adams (Non-Party)

PROCEEDINGS:

Motion hearing held in re: DE 37 – First Motion to Dismiss for Failure to State a Claim. All parties were present and ready to proceed. Oral argument by counsel and Ben Rottenborn. Court took DE 37 – First Motion to Dismiss for Failure to State a Claim under advisement. Court adjourned.

Time in Court:   9:05 – 10:16 a.m (1 hour 11 minutes)