IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **KIRA FERGUSON, Individually and as Executrix of the Estate of William S. Ferguson, Deceased, ET AL.,** | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:23CV00032 |
| v. | ) ) | **ORDER** |
| **SUSAN DOONAN BLACKWELL,** | ) ) ) | JUDGE JAMES P. JONES |
| Defendant. | ) | |

The Court previously directed that certain documents and pleadings submitted in this case be sealed. In addition certain documents and pleadings were sealed by the Clerk without an order of the Court based upon representations of counsel for the plaintiffs. Upon hearing the arguments by counsel for such sealings at a hearing on October 9, 2024, and upon further consideration, the Court finds that there is no adequate justification for sealing these documents. The Clerk is accordingly directed to remove the sealing of documents numbered ECF 52, 58, 61, and 63.

Counsel is directed to comply with the following procedure if it is desired that any material in this case be placed under seal: Counsel must file on the docket a motion seeking sealing and setting forth the reasons why the material should be sealed and at the same time email to the undersigned a copy of the material sought

to be sealed for the Court's consideration. Such email must be copied to opposing counsel.

It is so **ORDERED**.

ENTER: October 11, 2024

/s/  JAMES P. JONES
Senior United States District Judge