# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF VIRIGINA

### ABINGDON DIVISION

| | | |
|---|---|---|
| KIRA FERGUSON,<br>individually and as Executrix of the<br>Estate of William S. Ferguson,<br>Deceased, and<br>SHANNON FERGUSON,<br><br> Plaintiffs,<br><br>v.<br><br>SUSAN DOONAN BLACKWELL,<br>a/k/a   BIELSKI,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:23-cv-00032-JPJ-PMPMS |

## MOTION FOR SUBSTITUTION OF PARTY

Former Administrator of the Estate of William S. Ferguson, deceased, Kira Ferguson, respectfully advises the Court that the Circuit Court of Wythe County has appointed **THOMAS M. JACKSON, JR. ESQ.** Co-administrator of this Estate for the sole purpose of prosecuting this wrongful death action under Va. Code §8.01-50, by order entered on April 2, 2025. Plaintiff and Mr. Jackson therefore respectfully request that he be substituted as plaintiff--administrator for the purpose of prosecuting this case.

**PLAINTIFF**

**BY COUNSEL**

/s/ Mary Lynn Tate

Mary Lynn Tate VSB # 16085)
Tate Law PC
211 West Main St.
P. O. Box  807
Abingdon, Virginia 24212
276-628-5185
mltate@tatelaw.com
cell 276-608-9185

Gerard K. Schrom, Esquire
Schrom, Shaffer & Botel, P.C.
4 West Front Street
Media, PA 19063
Phone: (610) 565-5050
Fax: (610) 565-2980
Email: gschrom@schromandshaffer.com
*Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR SUBSTITUTION was filed via ECF electronic mail on this  8th day of April 2025.

/s/ Mary Lynn Tate