CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED

July 23, 2025

LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| KIRA FERGUSON, Individually and as Executrix of the Estate of William S. Ferguson, Deceased, Plaintiffs, | |
| | Case No. 1:23CV00032 |
| v. | **ORDER** |
| SUSAN DOONAN BLACKWELL, f/k/a SUSAN DOONAN BIELSKI, | JUDGE JAMES P. JONES |
| Defendant. | |

The attached documents from state court were provided to the Court by counsel for the plaintiff and are mentioned in the Opinion and Order entered July 17, 2025, ECF No. 70. Because they are relevant to this action, and their authenticity has not been contested, the court takes judicial notice of them, pursuant to Federal Rule of Evidence 201.

It is so **ORDERED**.

ENTER: July 23, 2025

/s/ JAMES P. JONES
Senior United States District Judge