VIRGINIA: IN THE CIRCUIT COURT OF WYTHE COUNTY

IN RE: THE PROBATE ESTATE OF DECEDENT WILLIAM S. FERGUSON

THOMAS M. JACKSON, JR. ESQ.
as Administrator of the Estate
of Wm. S. FERGUSON, dec., for
Sole Purpose Wrongful Death
Action §8.01- 50; and
KIRA FERGUSON
and
SHANNON FERGUSON
Petitioners,

v.

JEREMIAH MUSSER,
CLERK OF CIRCUIT COURT
Respondent

No. CWF 24-188

PETITION FOR REVIEW
OF CLERK'S ORDER

## ORDER

This Petition is before the Court seeking the appointment of a personal representative of this Estate for the sole purpose of continuing the prosecution of a wrongful death claim under Va. Code 8.01-50 C., filed by prior personal representative and petitioner, Kira Ferguson. That action is now pending in the United States District Court for the Western District of Virginia, No. 1:23-cv-00032.

This Court has considered the parties' pleadings, briefs, and oral arguments including those of the four beneficiaries and Tara Adams, who became Administrator, c.t.a. of the Estate upon Petitioner Kira Ferguson's resignation. The Court incorporates its March 6, 2025 letter to counsel herein.

This Court finds that it is appropriate and in the best interests of the William S. Ferguson Estate to do so, and hereby orders as follows:

1. The Court hereby appoints Thomas M. Jackson, Jr. as personal representative of the Estate for the sole purpose of prosecuting the wrongful death claim under Va. Code 8.01-50 C. currently pending in the United States District Court for the Western District of Virginia, No. 1:23-cv-00032. Mr. Jackson has no other authority as a personal representative of the Estate other than that described herein. Tara Adams, Administrator *c.t.a.* retains sole authority for all other functions of an Administrator for the Estate.

Enter this 3 day of April, 2025

*Judge Josiah T. Showalter, Jr.*

**REQUESTED:**

Mary Lynn Tate w permission by Jamie Miller

Ms. Mary Lynn Tate
P.O. Box 807
211 West Main St.
Abingdon. VA 24212
mltate@tatelaw.com
*Counsel for Petitioners*

and Gerard Schrom
Schrom, Shaffer & Botel, P.C.
4 West Front Street Media, PA 19063
gschrom@schromandshaffer.com

Mr. Thomas Jackson, Jr.
327 East Monroe St.
P.O. Box 845
Wytheville, VA 24382
tom.jackson@tomjacksonlaw.com
*Petitioner*

**OBJECTED TO for the reasons stated in briefing and at oral argument in this matter:**

*Benjamin Rottenborn w permission by Jamie Miller*
Mr. J. Benjamin Rottenborn
Woods Rogers PLC
P.O. Box 14125
Roanoke. VA 24038-4125
ben.rottenborn@woodsrogers.com
*Counsel for Tara Adams, Administrator, c.t.a. for the Estate of William S. Ferguson*

*Alejandro Gomez w permission by Jamie Miller*
Mr. Alejandro Goméz
430 West Main St.
Wytheville, VA 24382
alex@aegomezpc.com
*Counsel for Blackwell and Doonan*

Jeremiah Musser
225 S. 4th Street
Suite 105
Wytheville, Virginia 24382
*Respondent*



**Ben Rottenborn**
Principal
P (540) 983-7540 | F (540) 983-7711
ben.rottenborn@woodsrogers.com

Woods Rogers Vandeventer Black PLC
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24011

March 25, 2025

Hon. Jeremiah E. Musser, Clerk
Wythe Circuit Court
Circuit Court Building
225 S. Fourth Street, Room 105
Wytheville, VA 24382

Re:   In re: The Probate Estate of Decedent William S. Ferguson
      Thomas M. Jackson, Jr., Esq., et al. v. Jeremiah Musser, Clerk of Circuit Court
      Case No. CWF 24-188

Dear Mr. Musser:

Enclosed please find an Order in the above-referenced matter. Please forward this Order to the Judge for consideration and entry.

Thank you for your assistance in this matter. If you have any questions, please contact me.

Sincerely,

Ben Rottenborn

BR:jm
Enclosure
cc:   Mary Lynn Tate, Esquire (via email)
      Alejandro Gomez, Esquire (via email)

4919-9903-1854, v. 1

# Twenty-Seventh Judicial Circuit
# of Virginia



**COMMONWEALTH OF VIRGINIA**

March 6, 2025

JOSIAH T. SHOWALTER, JR., JUDGE

WYTHE COUNTY COURTHOUSE
225 S. FOURTH STREET
WYTHEVILLE, VA 24382
(276) 223-6113

CITY OF RADFORD COURTHOUSE
619 SECOND STREET
RADFORD, VA 24141
(540) 731-3611

CIRCUIT COURT FOR THE COUNTIES OF:
BLAND, CARROLL, FLOYD, GILES,
GRAYSON, MONTGOMERY, PULASKI, AND WYTHE

CIRCUIT COURT FOR THE CITIES OF:
GALAX AND RADFORD

Ms. Mary Lynn Tate
P.O. Box 807
211 West Main St.
Abingdon, VA 24212

Mr. J. Benjamin Rottenborn
P.O. Box 14125
Roanoke, VA 24038-4125

Mr. Alejandro Gomez
430 West Main St.
Wytheville, VA 24382

Mr. Thomas Jackson, Jr.
327 East Monroe St.
P.O. Box 845
Wytheville, VA 24382

In re: The Estate of William Ferguson    CWF 24-188

Dear Counsel:

Before the Court is a Petition filed by a beneficiary of the Estate of William Ferguson for the appointment of an additional Administrator of the aforementioned estate.[1]

## Factual Findings

The Court makes the following factual findings.

The Court finds that Kira Ferguson was the named Executor of the Estate of William Ferguson, her father. There are three (3) other beneficiaries of the estate. As the Executor of her father's estate, she retained Ms. Mary Lynn Tate, a local attorney, to represent the estate in a civil, tort action.[2] Subsequently, Ms.

---

[1] It should be noted that the beneficiary petitioning the Court was previously Executrix of the aforementioned estate.
[2] That a civil tort action is currently pending in Federal Court.

Ms. Mary Lynn Tate
Mr. J. Benjamin Rottenborn
Mr. Alejandro Gomez
Mr. Thomas Jackson, Jr.
Page 2

Adams became the Administrator of the estate, with the removal of Ms. Kira Ferguson.[3] Ms. Adams retained independent counsel and have indicated that the civil tort action should not proceed.

The beneficiaries, do not get along and have conflicting interests as to the civil tort lawsuit.

### HOLDING

The Court will appoint Mr. Thomas Jackson as Co-Administrator of the Estate of William Ferguson for the specific purpose of the civil tort action pending in Federal Court. The beneficiaries of the estate have conflicting interests.

Ms. Tate, if you would prepare the Court's Order noting any exception or objection of opposing counsel.

Very truly yours,

Judge Josiah T. Showalter, Jr.

/slp
cc: Mr. Jeremiah Musser, Clerk of Court

---

[3] It should be noted that at the hearing of the Estate of William Ferguson, not all of the beneficiaries get along. As one beneficiary claims that Ms. Kira Ferguson was not acting in the best interest of the estate and, there have been previous hearing related to allegations regarding the handling of the estate.