# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
October 20, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

| | |
|---|---|
| KIRA FERGUSON, Individually and as Executrix of the Estate of William S. Ferguson, Deceased, et al., | )<br>)<br>) |
| Plaintiffs, | ) Case No. 1:23CV00032 |
| v. | ) **ORDER** |
| SUSAN DOONAN BLACKWELL, | ) JUDGE JAMES P. JONES |
| Defendant. | ) |

It appearing that there is no plaintiff in this case with the legal capacity to sue on the claim for wrongful death, it is **ORDERED** that counsel must show cause in writing within 14 days of this Order, why the claim for wrongful death should not be dismissed without prejudice and if no proper cause is thus shown, the claim for wrongful death will be dismissed by the Court without prejudice and without further notice.

ENTER: October 20, 2025

/s/ JAMES P. JONES
Senior United States District Judge