## VIRGINIA: IN THE CIRCUIT COURT OF WYTHE COUNTY

IN RE: THE PROBATE ESTATE OF DECEDENT WILLIAM S. FERGUSON

THOMAS M. JACKSON, JR. ESQ.
as Administrator of the Estate
of Wm. S. FERGUSON, dec., for
Sole Purpose Wrongful Death
Action §8.01- 50; and
KIRA FERGUSON
and
SHANNON FERGUSON
Petitioners,

v.

JEREMIAH MUSSER,
CLERK OF CIRCUIT COURT
Respondent

No. CWF 24-188

PETITION FOR REVIEW
OF CLERK'S ORDER

### ORDER

This Petition is before the Court seeking the appointment of a personal representative of this Estate for the sole purpose of continuing the prosecution of a wrongful death claim under Va. Code 8.01-50 C., filed by prior personal representative and petitioner, Kira Ferguson. That action is now pending in the United States District Court for the Western District of Virginia, No. 1:23-cv-00032.

This Court has considered the parties' pleadings, briefs, and oral arguments including those of the four beneficiaries and Tara Adams, who became Administrator, c.t.a. of the Estate upon Petitioner Kira Ferguson's resignation. The Court incorporates its March 6, 2025 letter to counsel herein.

This Court finds that it is appropriate and in the best interests of the William S. Ferguson Estate to do so, and hereby orders as follows:

1. The Court hereby appoints Thomas M. Jackson, Jr. as personal representative of the Estate for the sole purpose of prosecuting the wrongful death claim under Va. Code 8.01-50 C. currently pending in the United States District Court for the Western District of Virginia, No. 1:23-cv-00032. Mr. Jackson has no other authority as a personal representative of the Estate other than that described herein. Tara Adams, Administrator *c.t.a.* retains sole authority for all other functions of an Administrator for the Estate.

Enter this 3 day of ~~March~~ April, 2025

*Judge Josiah T. Showalter, Jr.*

**REQUESTED:**

Mary Lynn Tate w permission by Jamie Miller

Ms. Mary Lynn Tate
P.O. Box 807
211 West Main St.
Abingdon. VA 24212
mltate@tatelaw.com
*Counsel for Petitioners*

Mr. Thomas Jackson, Jr.
327 East Monroe St.
P.O. Box 845
Wytheville, VA 24382
tom.jackson@tomjacksonlaw.com
*Petitioner*

and Gerard Schrom
Schrom, Shaffer & Botel, P.C.
4 West Front Street Media, PA 19063
gschrom@schromandshaffer.com

**OBJECTED TO for the reasons stated in briefing and at oral argument in this matter:**

*J. Benjamin Rottenborn w permission by Jamie Miller*
Mr. J. Benjamin Rottenborn
Woods Rogers PLC
P.O. Box 14125
Roanoke. VA 24038-4125
ben.rottenborn@woodsrogers.com
*Counsel for Tara Adams, Administrator, c.t.a. for the Estate of William S. Ferguson*

*Alejandro Gomez w permission by Jamie Miller*
Mr. Alejandro Gomez
430 West Main St.
Wytheville, VA 24382
alex@aegomezpc.com
*Counsel for Blackwell and Doonan*

*Jeremiah Musser*
Jeremiah Musser
225 S. 4th Street
Suite 105
Wytheville, Virginia 24382
*Respondent*