CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
December 17, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **KIRA FERGUSON, Individually and as Executrix of the Estate of William S. Ferguson, Deceased, et al.,** | ) ) ) ) |
| Plaintiffs, | ) Case No. 1:23CV00032 |
| v. | ) **JUDGMENT** |
| **SUSAN DOONAN BLACKWELL,** | ) Judge James P. Jones |
| Defendant. | ) ) |

For the reasons stated in the accompanying opinion entered this day, the case is dismissed without prejudice.

ENTER: December 17, 2025

/s/ James P. Jones
Senior United States District Judge