CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
1/13/2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## Case No. 1:23CV00032

KIRA FERGUSON, Individually, et al., )
and as Executrix of the Estate of William )
S. Ferguson, Deceased, et. al., )
    Plaintiffs )
)
v. ) NOTICE OF APPEAL
)
GARRISON INVESTMENT GROUP LP, )
    et al., )
    Defendants. )

    Plaintiffs, by counsel appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on December 17, 2025.

    Mary Lynn Tate
    Tate Law PC
    P.O. Box 807
    Abingdon, Virginia 24212
    276-608-9185
    *mltate@tatelaw.com*

    Gerard Schrom
    Schrom, Shaffer & Botel, P.C.
    4 West Front Street, Media, PA 19063
    610-565-5050 | 610-247-0303
    *gschrom@schromandshaffer.com*
    Counsel for Plaintiffs-Appellants

# CERTIFICATE OF SERVICE

We hereby certify that defense counsel has been served the foregoing Notice of Appeal by filing in the Court's ECF system and via email on January 13, 2026 to the following:

Stewart R. Pollock
*spollock@moranreevesconn.com*
and
Kathleen M. McCauley
*kmccauley@moranreevesconn.com*
Moran, Reeves & Conn, PC
Richmond, Virginia

/s/ Mary Lynn Tate